# EXHIBIT A

COPY

BY FAX

ARIAS SANGUINETTI WANG & TORRIJOS LLP

1  Mike Arias (CSB #115385)
2  Craig S. Momita (CSB #163347)
   Robert M. Partain (CSB #221477)
3  **ARIAS SANGUINETTI WANG & TORRIJOS LLP**
   6701 Center Drive West, Suite 1400
4  Los Angeles, CA 90045
   Telephone:  (310) 844-9696
5  Facsimile:  (310) 861-0168
   mike@aswtlawyers.com
6  craig@aswtlawyers.com
   robert@aswtlawyers.com
7
   Richard S. Cornfeld, (Mo. Bar No. 0519391)
8  Daniel S. Levy, (Mo. Bar No. 6315524)
   **LAW OFFICE OF RICHARD S. CORNFELD, LLC**
9  1010 Market Street, Suite 1645
   St. Louis, Missouri 63101
10 Telephone:  (314) 241-5799
   Facsimile:  (314) 241-5788
11 rcornfeld@cornfeldlegal.com
   dlevy@cornfeldlegal.com
12
   Mark C. Goldenberg (Ill. Bar No. 0990221)
13 Thomas P. Rosenfeld (Ill. Bar No. 06301406)
   Kevin P. Green (Ill. Bar No. 06299905)
14 **GOLDENBERG HELLER & ANTOGNOLI, P.C.**
   2227 South State Route 157
15 Edwardsville, IL 62025
   Telephone: (618) 656-5150
16 mark@ghalaw.com
   tom@ghalaw.com
17 kevin@ghalaw.com

18  Attorneys for Plaintiffs

19  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

20  **COUNTY OF LOS ANGELES**

21  GLENN KESSELMAN, an individual, on        Case No. **21STCV22797**
    behalf of himself and all others similarly
22  situated;

23          Plaintiffs,                       **CLASS ACTION**

24          vs.                               **COMPLAINT**

25  TOYOTA MOTOR SALES, U.S.A., INC., a       1. **UNFAIR COMPETITION [BUS. &**
    California corporation; TOYOTA MOTOR         **PROF. CODE § 17200,** *et seq.***]**
26  NORTH AMERICA, INC., a California
    corporation; TOYOTA MOTOR                 2. **VIOLATION OF THE**
27  ENGINEERING & MANUFACTURING                 **CONSUMERS LEGAL REMEDIES**
    NORTH AMERICA, INC., a foreign              **ACT [CAL. CIV. CODE §1750** *et seq.***]**
28  corporation; and DOES 1 through 100,
    inclusive.                                **DEMAND FOR JURY TRIAL**

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 16 2021

Sherri R. Carter, Executive Officer/Clerk of Court

By: Kristina Vargas, Deputy

RECEIVED
Filing Window
JUN 16 2021

1

2

Defendants.

3

## JURISDICTION AND VENUE

4

1.      This Court has jurisdiction over this action pursuant to Code of Civ. Proc. §

5

410.10 because Plaintiff GLENN KESSELMAN was a resident of the State of California

6

during the relevant time period and purchased a vehicle from Defendants TOYOTA

7

MOTOR SALES, U.S.A., INC., a California corporation; TOYOTA MOTOR NORTH

8

AMERICA, INC., a California corporation; TOYOTA MOTOR ENGINEERING &

9

MANUFACTURING NORTH AMERICA, INC., a foreign corporation; and DOES 1

10

through 100 (collectively "Defendants"), from an authorized Toyota dealership in the State

11

of California.   Further, Defendants are qualified to do business in California and regularly

12

conduct business in California.

13

2.      Venue is proper in this judicial district pursuant to Code of Civ. Proc.

14

§395(a) because Defendants, and each of them, do not reside in California, maintain offices

15

and facilities and transact business in the County of Los Angeles, and because Defendants'

16

unlawful business practices occurred in significant part in the County of Los Angeles.

17

## PLAINTIFF

18

3.      Plaintiff brings this class action individually and on behalf of a Class of

19

similarly situated individuals defined as follows:

20

All citizens of the State of California who, within the applicable statute of

21

limitations preceding the filing of this lawsuit to the date of class

22

certification, purchased or leased a Toyota vehicle within the State of

23

California with a defective hands-free phone system, such that when the

24

driver of the Toyota uses the hands-free phone system to make or receive a

25

call the person on the other end of the call hears an echo of his or her own

26

words.[1] (referred to herein as the "Echo Defect").

27

28

_____

[1] Herein, the term "Echo Defect" will be used to describe the defective hands-free phone system, such that when the driver of the Toyota uses the hands-free phone system to make or receive a call the

ARIAS SANGUINETTI WANG & TORRIJOS LLP

ARIAS SANGUINETTI WANG & TORRIJOS LLP

4.      More than two thirds of the members of the Class are citizens of California.

5.      At all relevant times herein mentioned, Plaintiff GLENN KESSELMAN was a member of the class identified in paragraph 3, above.

## CLASS ALLEGATIONS

6.      The persons who comprise the Class are so numerous that joinder with all such persons is impracticable and the disposition of his claims will benefit the parties and the Court.  The claims of Plaintiffs are typical of the claims of the Class.  Plaintiffs will fairly and adequately protect the interests of the Class.  Plaintiffs do not have any interests that are antagonistic to the Class.  Counsel for Plaintiffs are experienced, qualified, and generally able to conduct complex class action litigation.

7.      This Court should permit this action to be maintained as a class action pursuant to *Code of Civ. Proc.* § 382 for the following reasons:

a.      The questions of law and fact common to the Class predominate over any question affecting only individual members;

b.      A class action is superior to any other available method for the fair and efficient adjudication of the claims of the members of the Class;

c.      The members of the Class are so numerous that it is impractical to bring all members of the Class before the Court;

d.      Plaintiffs and the other members of the Class will not be able to obtain effective and economic legal redress unless the action is maintained as a class action;

e.      There is a community of interest in obtaining appropriate legal and equitable relief for the common law and statutory violations and other improprieties alleged herein, as well as in obtaining adequate compensation for the damages and injuries for which Defendants are responsible in an amount sufficient to adequately compensate the members of the Class for the injuries sustained;

f.      Without class certification, the prosecution of separate actions by

person on the other end of the call hears an echo of his or her own words.

**COMPLAINT**

1    individual members of the Class would create a substantial risk of the following:

2              i.    Inconsistent or varying adjudications with respect to individual

3    members of the Class that would establish incompatible standards of conduct for

4    Defendants, and/or

5              ii.    Adjudications with respect to the individual members that

6    would, as a practical matter, be dispositive of the interests of other members not parties to

7    the adjudications, or would substantially impair or impede their ability to protect their

8    interests, including but not limited to the potential for exhausting the funds available from

9    those parties who are, or may be, responsible Defendants; and

10             g.    Defendants have acted, or refused to act, on grounds that are generally

11   applicable to the Class, thereby making final injunctive relief appropriate with respect to

12   the Class as a whole.

13                                    **DEFENDANTS**

14        8.    Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota Sales"), is a California

15   corporation, with its principal place of business at 6565 Headquarters Drive, Plano, TX

16   75024.  It is, therefore, a citizen of California and Texas.  On information and belief, it

17   manufactures, distributes, markets, and sells Toyota vehicles in the United States on behalf

18   of Toyota Motor Corporation.

19        9.    Defendant Toyota Motor North America, Inc., is a California corporation,

20   with its principal place of business at 6565 Headquarters Drive, Plano, TX 75024.  It is,

21   therefore, a citizen of California and Texas.  On information and belief, it is a holding

22   company for Toyota Motor Corporation's sales and manufacturing subsidiaries in the

23   United States.

24        10.    Defendant Toyota Motor Engineering & Manufacturing North America, Inc.,

25   is a Kentucky corporation, with its principal place of business at 6565 Headquarters Drive,

26   Plano, TX 75024.  It is, therefore, a citizen of Kentucky and Texas.  On information and

27   belief, its responsibilities include engineering, designing, developing and manufacturing

28   Toyota Motor Corporation's vehicles in North America.

*ARIAS SANGUINETTI WANG & TORRIJOS LLP*

**COMPLAINT**

1        11.    Toyota markets the high quality of its vehicles and represents them as the

2    best in their field.  For example, in a post on Toyota's website entitled "2019 Toyota

3    Tundra: Ready for the Toughest Jobs" Toyota states that the 2019 Tundra is "ready to

4    tackle workhorse duties at a moment's notice, but . . . also meet the demands of the

5    toughest critics and road trip companions: your friends and family."[2]  The post also touts

6    the 2019 Tundra's "sound quality of the standard and available Entune Audio systems" and

7    describes each model's inclusion of "hands-free phone capability . . . via Bluetooth."[3]

8        12.    The true names and capacities, whether individual, corporate, partnership,

9    associate, or otherwise, of Defendants Does 1 through 100, inclusive ("Doe Defendants"),

10   are unknown to Plaintiffs who therefore sue these Doe Defendants by such fictitious names

11   pursuant to *Code of Civ. Proc.* § 474.  Plaintiff will seek leave to amend this complaint to

12   allege their true names and capacities when they are ascertained.

13       13.    Plaintiffs are informed and believe, and based on that information and belief

14   alleges, that each of the Defendants named in this complaint, including each of the Doe

15   Defendants, is responsible in some manner for one or more of the events and happenings,

16   and proximately caused the injuries and damages, hereinafter alleged.

17       14.    Plaintiffs are informed and believe, and based on that information and belief

18   allege, that each of the Defendants named in this complaint, including each of the Doe

19   Defendants, is, and at all relevant times herein mentioned was, the agent, servant, and/or

20   employee of each of the other Defendants, and that each Defendant was acting within the

21   course and scope of his, her, or its authority as the agent, servant, and/or employee of each

22   of the other Defendants.  Consequently, each Defendant is jointly and severally liable to

23   Plaintiffs and the other members of the Class for the damages sustained as a proximate

24   result of their conduct.

25   / / /

---

[2] *Available at* https://pressroom.toyota.com/2019-toyota-tundra-ready-for-toughest-jobs/ (accessed 3/17/21).

[3] *Id.*

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

**ARIAS SANGUINETTI WANG & TORRIJOS LLP**

## FACTUAL ALLEGATIONS

### The Class Vehicles

15.     Toyota has manufactured and sold vehicles containing a Bluetooth hands-free phone system for over ten-years.  This is shown by a review of its Owner's Manuals and Navigation/Multimedia Owner's Manuals[4] for many different Toyota models.  For example, Section 3-5 of the Owner's Manual for the 2010 Toyota Tundra is entitled "Using the hands-free phone system (for cellular phone)."  It states in that section: "This system supports Bluetooth, which allows you to make or receive calls without using cables to connect a cellular phone and the system, and without operating the cellular phone."[5]

16.     The same language is included in the 2011-2013 Toyota Tundra Owner's Manuals.[6]

17.     The 2014 Toyota Tundra Owner's Manual has slightly different language regarding the hands-free phone system; it states: "The hands-free system is a function that allows you to use your cellular phone without touching it.  This system supports Bluetooth. Bluetooth is a wireless data system that allows the cellular phone to wirelessly connect to the hands-free system and make/receive calls."[7]  The 2015-2019 Toyota Tundra Owner's Manuals have this same language.[8]

---

[4] For Toyota's vehicles containing a navigation/multimedia system, Toyota offers a separate navigation/multimedia owner's manual that explains the operation of the system.  The navigation and multimedia owner's manuals also include information regarding the vehicles' hands-free phone system.  For example, the "Introduction" to the 2019 Tundra Navigation and Multimedia System Owner's Manual states: "This manual explains the operation of the navigation/multimedia system. Please read this manual carefully to ensure proper use."  *See* 2019 Tundra Navigation and Multimedia System Owner's Manual, at 2, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM0C019U/pdf/OM0C019U.pdf   (accessed 3/18/21).  This manual also has a section entitled, "PHONE OPERATION (HANDS-FREE SYSTEM FOR CELLULAR PHONES).  *Id*. at 149.

[5] 2010 Toyota Tundra Owner's Manual (OM34495U), at 413, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34516U/pdf/OM34516U.pdf (accessed 3/18/21).

[6] 2011 Toyota Tundra Owner's Manual, at 417, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34510U/pdf/OM34510U.pdf (accessed 3/18/21); 2012 Toyota Tundra Owner's Manual, at 426, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34525U/pdf/OM34525U.pdf (accessed 3/18/21); 2013 Toyota Tundra Owner's Manual, at 426, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34491U/pdf/OM34491U.pdf (accessed 3/18/21).

[7] 2014 Toyota Tundra Owner's Manual, at 296, *available at*

**COMPLAINT**

18.   Other Toyota models have also included or offered Bluetooth hands-free phone systems for many years, as shown by the Owner's Manuals and Navigation Owner's Manuals for those models.  This includes the following, which, along with the Toyota Tundra, constitute the "Class Vehicles," as set forth below:

- Toyota 4Runner[9]
- Toyota Avalon[10]

---

https://www.toyota.com/t3Portal/document/om-s/OM34534U/pdf/OM34534U.pdf (accessed 3/18/21).

[8] 2015 Toyota Tundra Owner's Manual, at 296, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34556U/pdf/OM34556U.pdf (accessed 3/18/21); 2016 Toyota Tundra Owner's Manual, at 303, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34569U/pdf/OM34569U.pdf (accessed 3/18/21); 2017 Toyota Tundra Owner's Manual, at 305, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34594U/pdf/OM34594U.pdf (accessed 3/18/21); 2018 Toyota Tundra Owner's Manual, at 370, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0C009U/pdf/OM0C009U.pdf (accessed 3/18/21); 2019 Toyota Tundra Owner's Manual, at 370, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0C017U/pdf/OM0C017U.pdf (accessed 3/18/21).

[9] 2007 Toyota 4Runner Navigation Owner's Manual, at 99, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35868U/pdf/OM35868U.pdf (accessed 7/9/19); 2008 Toyota 4Runner Navigation Owner's Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35895U/pdf/OM35895U.pdf (accessed 7/9/19); 2009 Toyota 4Runner Navigation Owner's Manual, at 127, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A04U/pdf/OM35A04U.pdf (accessed 7/9/19); 2010 Toyota 4Runner Owner's Manual, at 380, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A36U/pdf/OM35A36U.pdf (accessed 7/9/19); 2011 Toyota 4Runner Owner's Manual, at 380, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A52U/pdf/OM35A52U.pdf (accessed 7/9/19); 2012 Toyota 4Runner Owner's Navigation Manual, at 157, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM33A02U-02/pdf/OM33A02U-02.pdf (accessed 7/9/19); 2013 Toyota 4Runner Owner's Manual, at 407, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A22U/pdf/OM35A22U.pdf (accessed 7/9/19); 2014 Toyota 4Runner Owner's Navigation Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A86U/pdf/OM35A86U.pdf (accessed 7/9/19); 2015 Toyota 4Runner Owner's Navigation Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B19U/pdf/OM35B19U.pdf (accessed 7/9/19); 2016 Toyota 4Runner Owner's Navigation Manual, at 157, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B26U/pdf/OM35B26U.pdf (accessed 7/9/19); 2017 Toyota 4Runner Navigation System Owner's Manual, at 157, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B38U/pdf/OM35B38U.pdf (accessed 7/9/19); 2018 Toyota 4Runner Navigation and Multimedia System Owner's Manual, at 157, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B47U/pdf/OM35B47U.pdf (accessed 7/9/19); 2019 Toyota 4Runner Navigation and Multimedia System Owner's Manual, at 157, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B49U/pdf/OM35B49U.pdf (accessed 7/9/19).

[10] 2008 Toyota Avalon Owner's Manual, at 220, *available at* https://www.toyota.com/t3Portal/document/om-s/OM41433U/pdf/OM41433U.pdf (accessed 7/8/19); 2009 Toyota Avalon Owner's Manual, at 234, *available at* https://www.toyota.com/t3Portal/document/om-s/OM41430U/pdf/OM41430U.pdf (accessed 7/8/19); 2010 Toyota Avalon Owner's Manual, at 242, *available at* https://www.toyota.com/t3Portal/document/om-s/OM41437U/pdf/OM41437U.pdf (accessed

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

1    • Toyota Avalon HV[11]

2    • Toyota Camry[12]

3    _____

4    7/8/19); 2011 Toyota Avalon Owner's Manual, at 296, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM41434U/pdf/OM41434U.pdf (accessed 7/8/19); 2012

5    Toyota Avalon Owner's Manual, at 308, *available at* https://www.toyota.com/t3Portal/document/om-
s/OM41445U/pdf/OM41445U.pdf (accessed 7/8/19); 2013 Toyota Avalon, Avalon HV Owner's Navigation

6    Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-
s/OM41444U/pdf/OM41444U.pdf (accessed 7/8/19); 2014 Toyota Avalon, Avalon HV Owner's Navigation

7    Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-
s/OM41455U/pdf/OM41455U.pdf (accessed 7/8/19); 2015 Toyota Avalon, Avalon HV Owner's Navigation

8    Manual, at 173, *available at* https://www.toyota.com/t3Portal/document/omnav-
s/OM41459U/pdf/OM41459U.pdf (accessed 7/8/19); 2016 Toyota Avalon, Avalon HV Owner's Navigation

9    Manual, at 175, *available at* https://www.toyota.com/t3Portal/document/omnav-
s/OM07003U/pdf/OM07003U.pdf (accessed 7/8/19); 2017 Toyota Avalon, Avalon HV Navigation System

10   Owner's Manual, at 175, *available at* https://www.toyota.com/t3Portal/document/omnav-
s/OM07009U/pdf/OM07009U.pdf (accessed 7/8/19); 2018 Toyota Avalon, Avalon HV Navigation System

11   Owner's Manual, at 175, *available at* https://www.toyota.com/t3Portal/document/omnav-
s/OM07012U/pdf/OM07012U.pdf (accessed 7/8/19); 2019 Toyota Avalon, Avalon HV Navigation and
Multimedia System Owner's Manual, at 195, *available at*

12   https://www.toyota.com/t3Portal/document/omnav-s/OM07006U/pdf/OM07006U.pdf (accessed 7/9/19).

13   [11] 2013 Toyota Avalon, Avalon HV Owner's Navigation Manual, at 122, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM41444U/pdf/OM41444U.pdf (accessed 7/9/19);

14   2014 Toyota Avalon, Avalon HV Owner's Navigation Manual, at 122, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM41455U/pdf/OM41455U.pdf (accessed 7/9/19);

15   2015 Toyota Avalon, Avalon, HV Owners Navigation Manual, at 173, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM41459U/pdf/OM41459U.pdf (accessed 7/9/19);

16   2016 Toyota Avalon, Avalon HV Owner's Navigation Manual, at 175, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM07003U/pdf/OM07003U.pdf (accessed 7/9/19);

17   2017 Toyota Avalon, Avalon HV Navigation System Owner's Manual, at 175, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM07009U/pdf/OM07009U.pdf (accessed 7/9/19);

18   2018 Toyota Avalon, Avalon HV Navigation System Owner's Manual, at 175, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM07012U/pdf/OM07012U.pdf (accessed 7/9/19);

19   2019 Toyota Avalon, Avalon HV Navigation and Multimedia System Owner's Manual, at 195, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM07006U/pdf/OM07006U.pdf (accessed 7/9/19).

20   [12] 2007 Camry HV Owner's Manual (OM33749U), at 216, available at
https://www.toyota.com/t3Portal/document/om-s/OM33749U/pdf/OM33749U.pdf (accessed 3/29/2021);

21   2007 Camry Navigation Owner's Manual (OM33673U), at 99, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33673U/pdf/OM33673U.pdf (accessed 3/29/2021);

22   2008 Camry Owner's Manual (OM33751U), at 232, available at
https://www.toyota.com/t3Portal/document/om-s/OM33751U/pdf/OM33751U.pdf (accessed 3/29/2021);

23   2008 Camry Navigation Owner's Manual (OM33752U), at 127, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33752U/pdf/OM33752U.pdf (accessed 3/29/2021);

24   2009 Camry Owners Manual (OM33780U), at 232, available at
https://www.toyota.com/t3Portal/document/om-s/OM33780U/pdf/OM33780U.pdf (accessed 3/29/2021);

25   2009 Camry HV Navigation Owners Manual (OM33789U), at 128, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33789U/pdf/OM33789U.pdf (accessed 3/29/2021);

26   2010 Camry Owners Manual (OM33840U), at 279, available at
https://www.toyota.com/t3Portal/document/om-s/OM33840U/pdf/OM33840U.pdf (accessed 3/29/2021);

27   2010 Camry Navigation Owner's Manual (OM33795U), at 120, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33795U/pdf/OM33795U.pdf (accessed 3/29/2021);

28   2011 Camry Owners Manual (OM33897U), at 284, available at

- Toyota Camry HV[13]

https://www.toyota.com/t3Portal/document/om-s/OM33897U/pdf/OM33897U.pdf (accessed 3/29/2021); 2011 Camry Navigation Owners Manual (OM33849U), at 122, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33849U/pdf/OM33849U.pdf (accessed 3/29/2021); 2012 Camry from June 2012 Prod. Owners Manual (OM33A27U), at 328, available at https://www.toyota.com/t3Portal/document/om-s/OM33A27U/pdf/OM33A27U.pdf (accessed 3/29/2021); 2012 Camry from Jan. 2012 to May 2012 Prod. Owners Manual (OM33A40U), at 328, available at https://www.toyota.com/t3Portal/document/om-s/OM33A40U/pdf/OM33A40U.pdf (accessed 3/29/2021); 2012 Camry/Camry HV Navigation Owners Manual (OM33859U), at 123, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33859U/pdf/OM33859U.pdf (accessed 3/29/2021); 2013 Camry Owners Manual (OM33A33U), at 336, available at https://www.toyota.com/t3Portal/document/om-s/OM33A33U/pdf/OM33A33U.pdf (accessed 3/29/2021); 2013 Camry, Camry HV Owners Navigation Manual (OM33A36U), at 122, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A36U/pdf/OM33A36U.pdf ((accessed 3/29/2021); 2014 Camry from Dec. 2013 Prod. Owners Manual (OM33A82U), at 318, available at https://www.toyota.com/t3Portal/document/om-s/OM33A82U/pdf/OM33A82U.pdf (accessed 3/29/2021); Toyota 2014 Camry through Nov. 2013 Prod. Owners Manual (OM33B27U), at 336, available at https://www.toyota.com/t3Portal/document/om-s/OM33B27U/pdf/OM33B27U.pdf (accessed 3/29/2021); 2014 Camry, Camry HV from Dec. 2013 Prod. Owners Navigation Manual (OM33A80U), at 157, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A80U/pdf/OM33A80U.pdf  (accessed 3/29/2021); 2015 Camry Owners Manual (IM33A86U), at 290, available at https://www.toyota.com/t3Portal/document/om-s/OM33A86U/pdf/OM33A86U.pdf (accessed 3/29/2021); 2015 Camry, Camry HV Owners Navigation Manual (IM33A90U), at 159, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A90U/pdf/OM33A90U.pdf (accessed 3/29/2021); 2016 Camry through Mar. 2016 Prod. Owners Manual (OM33C34U), at 289, available at https://www.toyota.com/t3Portal/document/om-s/OM33C34U/pdf/OM33C34U.pdf (accessed 3/29/2021); 2016 Camry from Apr. 2016 Prod. Owners Manual (OM33D37U), at 289, available at https://www.toyota.com/t3Portal/document/om-s/OM33D37U/pdf/OM33D37U.pdf (Accessed 3/29/2021); 2016 Camry, Camry HV Navigation Owners Manual (OM33C37U(, at 163, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33C37U/pdf/OM33C37U.pdf (accessed 3/29/2021); 2017 Camry Owners Manual (OM33C64U), at 289, available at https://www.toyota.com/t3Portal/document/om-s/OM33C64U/pdf/OM33C64U.pdf (accessed 3/29/2021); 2017 Camry, Camry HV Navigation System Owners Manual (OM33C67U), at 163, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33C67U/pdf/OM33C67U.pdf (accessed 3/29/2021); 2019 Camry Owner's Manual (OM06142U), at 75, available at https://www.toyota.com/t3Portal/document/om-s/OM06142U/pdf/OM06142U.pdf (accessed 3/29/2021); 2019 Camry, Camry HV Navigation and Multimedia System Owner's Manual (OM06146U), at 215, available at https://www.toyota.com/t3Portal/document/omnav-s/OM06146U/pdf/OM06146U.pdf (accessed 3/29/2021).

[13] 2007 Camry HV Owner's Manual (OM33749U), at 211, available at https://www.toyota.com/t3Portal/document/om-s/OM33749U/pdf/OM33749U.pdf (accessed 3/29/2021); 2007 Camry HV Navigation Owner's Manual (OM33679U), at 99, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33679U/pdf/OM33679U.pdf (accessed 3/29/2021); 2008 Camry HV Owner's Manual (OM33760U), at 213, available at https://www.toyota.com/t3Portal/document/om-s/OM33760U/pdf/OM33760U.pdf (accessed 3/29/2021); 2008 Camry HV Navigation Owner's Manual (OM33761U), at 127, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33761U/pdf/OM33761U.pdf (accessed 3/29/2021); 2009 Camry HV Owner's Manual (OM33788U), at 213, available at https://www.toyota.com/t3Portal/document/om-s/OM33788U/pdf/OM33788U.pdf (accessed 3/29/2021); 2009 Camry HV Navigation Owners Manual (OM33789U), at 128, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33789U/pdf/OM33789U.pdf (accessed 3/29/2021); 2010 Camry HV Owners Manual (OM33841U), at 279, available at

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

ARIAS SANGUINETTI WANG & TORRIJOS LLP

- Toyota Highlander[14]

https://www.toyota.com/t3Portal/document/om-s/OM33841U/pdf/OM33841U.pdf (accessed 3/29/2021);
2010 Camry HV Navigation Owner's Manual (OM33804U), at 120, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33804U/pdf/OM33804U.pdf (accessed 3/29/2021);
2011 Camry HV Owner's Manual (OM33898U), at 258, available at
https://www.toyota.com/t3Portal/document/om-s/OM33898U/pdf/OM33898U.pdf (accessed 3/29/2021);
2011 Camry HV Navigation Owners Manual (OM33850U), at 120, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33850U/pdf/OM33850U.pdf (accessed 3/29/2021);
2012 Camry HV Owners Manual (OM33A28U), at 326, available at
https://www.toyota.com/t3Portal/document/om-s/OM33A28U/pdf/OM33A28U.pdf (accessed 3/29/2021);
2012 Camry HV Owners Manual (OM33A41U), at 326, available at
https://www.toyota.com/t3Portal/document/om-s/OM33A41U/pdf/OM33A41U.pdf (accessed 3/29/2021);
2012 Camry/Camry HV Navigation Owners Manual (OM33859U), at 123, available at
https://www.toyota.com/t3Portal/document/om-s/OM33859U/pdf/OM33859U.pdf (accessed 3/29/2021);
2013 Camry HV Owners Manual (OM33A34U), at 338, available at
https://www.toyota.com/t3Portal/document/om-s/OM33A34U/pdf/OM33A34U.pdf (accessed 3/30/2021);
2013 Camry, Camry HV Owners Navigation Manual (OM33A36U), at 122, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33A36U/pdf/OM33A36U.pdf ((accessed
3/29/2021); 2014 Camry HV from Dec. 2013 Prod. Owners Manual (OM33A83U), at 312, available at
https://www.toyota.com/t3Portal/document/om-s/OM33A83U/pdf/OM33A83U.pdf (accessed 3/29/2021);
2014 Camry HV through Nov. 2013 Prod. Owners Manual (OM33828U), at 338, available at
https://www.toyota.com/t3Portal/document/om-s/OM33B28U/pdf/OM33B28U.pdf (accessed 3/29/2021);
2014 Camry, Camry HV from Dec. 2013 Prod. Owners Navigation Manual (OM33A80U), at 159, available
at https://www.toyota.com/t3Portal/document/omnav-s/OM33A80U/pdf/OM33A80U.pdf  (accessed
3/29/2021); 2015 Camry HV Owners Manual (OM33A87U), at 296, available at
https://www.toyota.com/t3Portal/document/om-s/OM33A87U/pdf/OM33A87U.pdf (accessed 3/29/2021);
2015 Camry, Camry HV Owners Navigation Manual (IM33A90U), at 161, available at
https://www.toyota.com/t3Portal/document/om-s/OM33A90U/pdf/OM33A90U.pdf (accessed 3/29/2021);
2016 Camry HV Owners Manual (OM33C35U), at 297, available at
https://www.toyota.com/t3Portal/document/om-s/OM33C35U/pdf/OM33C35U.pdf (accessed 3/29/2021);
2016 Camry HV Owners Manuals (OM33D38U), at 297, available at
https://www.toyota.com/t3Portal/document/om-s/OM33D38U/pdf/OM33D38U.pdf (accessed 3/29/2021);
2016 Camry, Camry HV Navigation Owners Manual (OM33C37U(, at 163, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33C37U/pdf/OM33C37U.pdf (accessed 3/29/2021);
2017 Camry HV Owners Manual (OM33C65U), at 297, available at
https://www.toyota.com/t3Portal/document/om-s/OM33C65U/pdf/OM33C65U.pdf (accessed 3/29/2021);
2017 Camry, Camry HV Navigation System Owners Manual (OM33C67U), at 163, available at
https://www.toyota.com/t3Portal/document/omnav-s/OM33C67U/pdf/OM33C67U.pdf (accessed 3/29/2021);
2019 Camry HV Owner's Manual (OM06143U), at 76, available at
https://www.toyota.com/t3Portal/document/om-s/OM06143U/pdf/OM06143U.pdf (accessed 3/29/2021);
2019 Camry, Camry HV Navigation and Multimedia System Owner's Manual (OM06146U), at 215,
available at https://www.toyota.com/t3Portal/document/omnav-s/OM06146U/pdf/OM06146U.pdf (accessed
3/29/2021).

[14] 2008 Toyota Highlander Owner's Manual (OM48690U), at 324, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM48690U/pdf/OM48690U.pdf. (accessed 6/12/19); 2008
Toyota Highlander Owner's Manual (OM48851U), at 325, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM48851U/pdf/OM48851U.pdf (accessed 7/10/19); 2009
Toyota Highlander Owner's Manual, at 342, *available at* https://www.toyota.com/t3Portal/document/om-
s/OM48853U/pdf/OM48853U.pdf (accessed 6/14/19); 2010 Toyota Highlander Owner's Manual, at 348,
*available at* https://www.toyota.com/t3Portal/document/om-s/OM48B60U/pdf/OM48B60U.pdf (accessed
6/14/19); 2011 Toyota Highlander Owner's Manual, at 340, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM48A73U/pdf/OM48A73U.pdf (accessed 6/14/19); 2012
Toyota Highlander Owner's Manual, at 363, *available at* https://www.toyota.com/t3Portal/document/om-

**COMPLAINT**

- Toyota Highlander, HV[15]

- Toyota Prius[16]

s/OM48A09U/pdf/OM48A09U.pdf (accessed 6/14/19); 2013 Toyota Highlander Owner's Manual, at 373, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A38U/pdf/OM48A38U.pdf (accessed 6/14/19); 2014 Toyota Highlander Owner's Manual, at 384, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A12U/pdf/OM48A12U.pdf (accessed 6/14/19); 2015 Toyota Highlander Owner's Manual, at 384, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48E98U/pdf/OM48E98U.pdf (accessed 6/14/19); 2016 Toyota Highlander Owner's Manual, at 386, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48F09U/pdf/OM48F09U.pdf (accessed 6/14/19); 2017 Toyota Highlander Owner's Manual, at 397, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E017U/pdf/OM0E017U.pdf (accessed 6/14/19); 2018 Toyota Highlander Owner's Manual, at 397, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E031U/pdf/OM0E031U.pdf (accessed 6/14/19); 2019 Toyota Highlander Owner's Manual, at 403, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E047U/pdf/OM0E047U.pdf (accessed 6/14/19).

[15] 2008 Toyota Highlander HV Owner's Manual (OM48694U), at 330, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48694U/pdf/OM48694U.pdf (accessed 7/9/19); 2008 Toyota Highlander HV Owner's Manual (OM48852U), at 330, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48852U/pdf/OM48852U.pdf (accessed 7/9/19); 2009 Toyota Highlander HV Owner's Manual, at 338, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48837U/pdf/OM48837U.pdf (accessed 7/9/19); 2010 Toyota Highlander HV Owner's Manual, at 340, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A63U/pdf/OM48A63U.pdf (accessed 7/9/19); 2011 Toyota Highlander HV Owner's Manual, at 352, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A67U/pdf/OM48A67U.pdf (accessed 7/9/19); 2012 Toyota Highlander HV Owner's Manual, at 368, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A10U/pdf/OM48A10U.pdf (accessed 7/9/19); 2013 Toyota Highlander HV Owner's Manual, at 376, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A24U/pdf/OM48A24U.pdf (accessed 7/9/19); 2014 Highlander, Highlander HV Owner's Navigation Manual, at 221, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48A19U/pdf/OM48A19U.pdf (accessed 7/9/19); 2015 Toyota Highlander, Highlander HV Owner's Manual, at 221, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48F03U/pdf/OM48F03U.pdf (accessed 7/9/19); 2016 Toyota Highlander Owner's Manual, at 386, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48F09U/pdf/OM48F09U.pdf (accessed 7/9/19); 2017 Toyota Highlander HV Owner's Manual, at 395, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E018U/pdf/OM0E018U.pdf (accessed 7/9/19); 2018 Toyota Highlander HV Owner's Manual, at 395, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E032U/pdf/OM0E032U.pdf (accessed 7/9/19); 2019 Highlander HV Owner's Manual, at 401, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E048U/pdf/OM0E048U.pdf (accessed 7/9/19).

[16] 2007 Toyota Prius Owner's Manual, at 171, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47568U/pdf/OM47568U.pdf (accessed 7/9/19); 2008 Toyota Prius Owner's Manual, at 272, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47613U/pdf/OM47613U.pdf (accessed 7/9/19); 2009 Toyota Prius Owner's Manual, at 269, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47614U/pdf/OM47614U.pdf (accessed 7/9/19); 2010 Toyota Prius Owner's Manual, at 326, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47668U/pdf/OM47668U.pdf (accessed 7/9/19); 2011 Toyota Prius Owner's Manual, at 337, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47685U/pdf/OM47685U.pdf (accessed 7/9/19); 2012 Toyota Prius Navigation Owner's Manual, at 134, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47719U/pdf/OM47719U.pdf (accessed 7/9/19); 2013 Toyota Prius/Prius PHV Owner's Navigation Manual, at 134, *available at*

ARIAS SANGUINETTI WANG & TORRIJOS LLP

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

1  • Toyota Prius V[17]

2  • Toyota Sequoia[18]

3
https://www.toyota.com/t3Portal/document/omnav-s/OM47805U/pdf/OM47805U.pdf (accessed 7/9/19);
4  2014 Toyota Prius/Prius PHV Owner's Navigation Manual, at 134, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM47858U/pdf/OM47858U.pdf (accessed 7/9/19);
5  2015 Toyota Prius/Prius PHV Owner's Navigation Manual, at 134, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM47A72U/pdf/OM47A72U.pdf (accessed 7/9/19);
6  2016 Toyota Prius Owner's Manual, at 470, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47A29U/pdf/OM47A29U.pdf (accessed 7/9/19); 2017 Toyota Prius Owner's Manual, at 468, *available*
7  *at* https://www.toyota.com/t3Portal/document/om-s/OM47B54U/pdf/OM47B54U.pdf (accessed 7/9/19);
2018 Toyota Prius Owner's Manual, at 474, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47B89U/pdf/OM47B89U.pdf (accessed 7/9/19); 2019 Toyota Prius Owner's Manual, at 484, *available*
8  *at* https://www.toyota.com/t3Portal/document/om-s/OM47C35U/pdf/OM47C35U.pdf (accessed 7/9/19).
9  [17] 2012 Toyota Prius V Navigation Owner's Manual, at 132, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM47675U/pdf/OM47675U.pdf (accessed 7/9/19);
10  2013 Toyota Prius V Owner's Navigation Manual, at 132, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM47828U/pdf/OM47828U.pdf (accessed 7/9/19);
11  2014 Toyota Prius V Owner's Navigation Manual at 132, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM47847U/pdf/OM47847U.pdf (accessed 7/9/19);
12  2015 Toyota Prius V Owner's Manual, at 321, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47887U/pdf/OM47887U.pdf (accessed 7/9/19); 2016 Toyota Prius V Owner's Manual, at 323,
13  *available at* https://www.toyota.com/t3Portal/document/om-s/OM47B12U/pdf/OM47B12U.pdf (accessed
7/9/19); 2017 Toyota Prius V Owner's Manual, at 323, *available at*
14  https://www.toyota.com/t3Portal/document/om-s/OM47B23U/pdf/OM47B23U.pdf (accessed 7/9/19).

15  [18] 2008 Toyota Sequoia Owner's Manual, at 329, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM34478U/pdf/OM34478U.pdf (accessed 7/9/19); 2009
16  Toyota Sequoia Owner's Manual, at 338, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34471U/pdf/OM34471U.pdf (accessed 7/9/19); 2010 Toyota Sequoia Owner's Manual (OM34496U),
17  at 336, *available at*  https://www.toyota.com/t3Portal/document/om-s/OM34496U/pdf/OM34496U.pdf
(accessed 7/9/19); 2010 Toyota Sequoia Owner's Manual (OM34501U), at 338, *available at*
18  https://www.toyota.com/t3Portal/document/om-s/OM34501U/pdf/OM34501U.pdf (accessed 7/9/19); 2011
Toyota Sequoia Owner's Manual (OM34453U), at 399, *available at*
19  https://www.toyota.com/t3Portal/document/om-s/OM34453U/pdf/OM34453U.pdf (accessed 7/9/19); 2011
Toyota Sequoia Owner's Manual (OM34523U), at 399, *available at*
20  https://www.toyota.com/t3Portal/document/om-s/OM34523U/pdf/OM34523U.pdf (accessed 7/9/19); 2012
Toyota Sequoia Owner's Manual, at 419, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34518U/pdf/OM34518U.pdf (accessed 7/9/19); 2013 Toyota Sequoia Owner's Manual (OM34441U),
21  at 448, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34441U/pdf/OM34441U.pdf
22  (accessed 7/9/19); 2013 Toyota Sequoia Owner's Manual (OM34450U), at 448, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM34450U/pdf/OM34450U.pdf (accessed 7/9/19); 2014
23  Toyota Sequoia Owner's Manual, at 380, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34540U/pdf/OM34540U.pdf (accessed 7/9/19); 2015 Toyota Sequoia through Oct. 2014 Prod. Owner's
24  Manual (OM34549U), at 378, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34549U/pdf/OM34549U.pdf (accessed 7/9/19); 2015 Toyota Sequoia from Nov. 2014 Prod. Sequoia
25  Owner's Manual (OM34565U), at 378, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34565U/pdf/OM34565U.pdf (accessed 7/9/19); 2016 Toyota Sequoia Owner's Navigation Manual, at
26  185, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34578U/pdf/OM34578U.pdf
(accessed 7/9/19); 2017 Toyota Sequoia Navigation System Owner's Manual, at 185, *available at*
27  https://www.toyota.com/t3Portal/document/omnav-s/OM34601U/pdf/OM34601U.pdf (accessed 7/9/19);
2018 Toyota Sequoia Navigation and Multimedia System Owner's Manual, at 187, *available at*
28  https://www.toyota.com/t3Portal/document/omnav-s/OM0C007U/pdf/OM0C007U.pdf (accessed 7/9/19);
2019 Toyota Sequoia Navigation and Multimedia System Owner's Manual, at 187, *available at*

**COMPLAINT**

1

- Toyota Sienna[19]

2

- Toyota Tacoma[20]

3

- Toyota Tundra[21]

4

5

https://www.toyota.com/t3Portal/document/omnav-s/OM0C015U/pdf/OM0C015U.pdf (accessed 7/9/19).

6   [19] 2007 Toyota Sienna Navigation Owner's Manual, at 99, *available at*
https://www.toyota.com/t3Portal/document/omnav-s/OM45439U/pdf/OM45439U.pdf (accessed 7/8/19);

7   2008 Toyota Sienna Owner's Manual, at 317, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45455U/pdf/OM45455U.pdf (accessed 7/8/19); 2009 Toyota Sienna Owner's Manual, at 327, *available*

8   *at* https://www.toyota.com/t3Portal/document/om-s/OM45452U/pdf/OM45452U.pdf (accessed 7/8/19); 2010
Toyota Sienna Owner's Manual, at 327, *available at* https://www.toyota.com/t3Portal/document/om-

9   s/OM45462U/pdf/OM45462U.pdf (accessed 7/8/19); 2011 Toyota Sienna Owner's Manual, at 488, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45466U/pdf/OM45466U.pdf (accessed 7/8/19); 2012

10  Toyota Sienna Owner's Manual, at 529, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45477U/pdf/OM45477U.pdf (accessed 7/9/18); 2013 Toyota Sienna Owner's Manual, at 543, *available*

11  *at* https://www.toyota.com/t3Portal/document/om-s/OM45472U/pdf/OM45472U.pdf (accessed 7/9/19); 2014
Toyota Sienna Owner's Manual, at 545, *available at* https://www.toyota.com/t3Portal/document/om-

12  s/OM45483U/pdf/OM45483U.pdf (accessed 7/9/19); 2015 Toyota Sienna Owner's Manual, at 366, *available at* https://www.toyota.com/t3Portal/document/om-s/OM08001U/pdf/OM08001U.pdf (accessed 7/9/19); 2016

13  Toyota Sienna Owner's Manual, at 367, *available at* https://www.toyota.com/t3Portal/document/om-s/OM08013U/pdf/OM08013U.pdf (accessed 7/9/19); 2017 Toyota Sienna Owner's Manual, at 371, *available*

14  *at* https://www.toyota.com/t3Portal/document/om-s/OM08007U/pdf/OM08007U.pdf (accessed 7/9/19); 2018
Toyota Sienna Navigation and Multimedia System Owner's Manual, at 287, *available at*

15  https://www.toyota.com/t3Portal/document/omnav-s/OM08021U/pdf/OM08021U.pdf (accessed 7/9/19);
2019 Toyota Sienna Navigation and Multimedia System Owner's Manual, at 293, *available at*

16  https://www.toyota.com/t3Portal/document/om-s/OM08027U/pdf/OM08027U.pdf (accessed 7/9/19).

17  [20] 2009 Toyota Tacoma Owner's Manual, at 262, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM35883U/pdf/OM35883U.pdf (accessed 7/9/19); 2010

18  Toyota Tacoma Owner's Manual, at 268, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A51U/pdf/OM35A51U.pdf (accessed 7/9/19); 2011 Toyota Tacoma Owner's Manual (OM35A58U),

19  at 276, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A34U/pdf/OM35A34U.pdf
(accessed 7/9/19); 2011 Toyota Tacoma Owner's Manual (OM35A58U), at 276, *available at*

20  https://www.toyota.com/t3Portal/document/om-s/OM35A58U/pdf/OM35A58U.pdf (accessed 7/9/19); 2012
Toyota Tacoma Owner's Manual, at 326, *available at* https://www.toyota.com/t3Portal/document/om-

21  s/OM35A48U/pdf/OM35A48U.pdf (accessed 7/9/19); 2014 Toyota Tacoma Owner's Manual, at 314,
*available at* https://www.toyota.com/t3Portal/document/om-s/OM35A38U/pdf/OM35A38U.pdf (accessed

22  7/9/19); 2015 Toyota Tacoma through Oct. 2014 Prod. Owner's Manual (OM04001U), at 305, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM04001U/pdf/OM04001U.pdf (accessed 7/9/19); 2015

23  Toyota Tacoma from Nov. 2014 Prod. Owner's Manual (OM04009U), at 305, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM04009U/pdf/OM04009U.pdf (accessed 7/9/19); 2016

24  Toyota Tacoma Owner's Manual, at 329, *available at* https://www.toyota.com/t3Portal/document/om-s/OM04005U/pdf/OM04005U.pdf (accessed 7/9/19); 2017 Toyota Tacoma Owner's Manual, at 333,

25  *available at* https://www.toyota.com/t3Portal/document/om-s/OM04013U/pdf/OM04013U.pdf (accessed
7/9/19); 2018 Toyota Tacoma Owner's Manual, at 386, *available at*

26  https://www.toyota.com/t3Portal/document/om-s/OM04017U/pdf/OM04017U.pdf (accessed 7/9/19); 2019
Toyota Tacoma Owner's Manual, at 386, *available at* https://www.toyota.com/t3Portal/document/om-

27  s/OM04021U/pdf/OM04021U.pdf (accessed 7/9/19).

28  [21] 2007 Toyota Tundra Owner's Manual, at 348, *available at*
https://www.toyota.com/t3Portal/document/om-s/OM34463U/pdf/OM34463U.pdf (accessed 7/9/19); 2008
Toyota Tundra Owner's Manual, at 351, *available at* https://www.toyota.com/t3Portal/document/om-

ARIAS SANGUINETTI WANG & TORRIJOS LLP

**COMPLAINT**

- Toyota Yaris[22]

19.  Toyota has publicized the supposed hands-free phone capabilities that are available in its vehicles.  For example, on a prior iteration of Toyota Sales' website from 2019, under the heading entitled "Local Specials," there was a webpage with the headline "Drive Safely with Hands Free In-Car Navigation & Calling" referencing the advantages of hands-free calling that stated: "Taking your eyes off the road to dial is never a good decision.  With hands-free calling in your car you can say the number or the contact name that you want to connect with."[23]  It further provided: "[Y]ou do not need a smartphone to use Bluetooth hands-free phone."  *Id.*  Toyota made this same statement on this web page since at least 2015, as shown by the Internet Archive Wayback Machine.[24]

20.  Toyota also has a "*Bluetooth* Support" webpage, on which it states, "Toyota multimedia systems work with your smartphone to provide hands-free calling, audio

s/OM34477U/pdf/OM34477U.pdf (accessed 7/9/19); 2009 Toyota Tundra Owner's Manual, at 360, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34474U/pdf/OM34474U.pdf (accessed 7/9/19); 2010 Toyota Tundra Owner's Manual (OM34516U), at 413, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34516U/pdf/OM34516U.pdf (accessed 7/9/19); 2010 Toyota Tundra Owner's Manual (OM34495U), at 415, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34495U/pdf/OM34495U.pdf (accessed 7/9/19); 2011 Toyota Tundra Owner's Manual, at 417, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34510U/pdf/OM34510U.pdf (accessed 7/9/19); 2012 Toyota Tundra Owner's Manual, at 426, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34525U/pdf/OM34525U.pdf (accessed 7/9/19); 2013 Toyota Tundra Owner's Manual, at 426, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34491U/pdf/OM34491U.pdf (accessed 7/9/19); 2014 Toyota Tundra Owner's Manual, at 296, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34534U/pdf/OM34534U.pdf (accessed 7/9/19); 2015 Toyota Tundra Owner's Manual, at 296, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34556U/pdf/OM34556U.pdf (accessed 7/9/19); 2016 Toyota Tundra Owner's Manual, at 303, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34569U/pdf/OM34569U.pdf (accessed 7/9/19); 2017 Toyota Tundra Owner's Manual, at 305, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34594U/pdf/OM34594U.pdf (accessed 7/9/19); 2018 Toyota Tundra Owner's Manual, at 370, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0C009U/pdf/OM0C009U.pdf (accessed 7/9/19); 2019 Toyota Tundra Owner's Manual, at 370, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0C017U/pdf/OM0C017U.pdf (accessed 7/9/19).
[22] 2012-2014 Toyota Yaris Hatchback Premium Audio Owners Manual, at 48, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OMTADG0261D/pdf/T-ADG-0261-D.pdf (accessed 7/11/19); 2019 Toyota Yaris Sedan Owner's Manual, at 373, *available at* https://www.toyota.com/t3Portal/document/om-s/OM99S50z/pdf/OM99S50z.pdf (accessed 7/11/19).
[23] https://www.toyota.com/car-tips/drive-safe-hands-free-in-car-navigation-calling (accessed 6/6/19).

[24] *See, e.g.*, https://web.archive.org/web/20151218030339/https://www.toyota.com/car-tips/drive-safe-hands-free-in-car-navigation-calling (accessed 3/18/21).

**COMPLAINT**

*ARIAS SANGUINETTI WANG & TORRIJOS LLP*

streaming and more."[25]  Toyota has made a similar statement on this webpage since at least 2016, as shown by the Internet Archive Wayback Machine.[26]

21.     While Toyota publicizes the hands-free phone capabilities in its vehicles, many of its vehicles suffer from the Echo Defect described above due to a defect in their design and/or manufacturing, which makes it nearly impossible for Plaintiff's and Class Members' to use their hands-free phone systems.

<strong>Toyota's Knowledge of the Echo Defect</strong>

22.     Toyota has known about the Echo Defect since at least 2007.

**A.      Toyota's Knowledge of the Echo Defect Evidenced by Statements in Its Owner's Manuals.**

23.     Toyota's knowledge of the Echo Defect is demonstrated by statements contained in Toyota's Owner's Manuals and Navigation Owner's Manuals.  Toyota could not have made the below statements in its Owner's Manuals and Navigation Owner's Manuals relating to the existence of an echo if it did not know about the Echo Defect at the time the Owner's Manuals and Navigation Owner's Manuals were published.

24.     As shown by the following review of Toyota's Owner's Manuals for the Class Vehicles, Toyota has acknowledged that there is an echo in calls made with its hands-free phone system in Highlanders since 2008.

25.     For example, the 2008 Toyota Highlander Owner's Manual has a section entitled, "Using the hands-free phone system (for cellular phone)/Hands-free phone system (for cellular phone) features," and a subsection entitled, "when using the hands-free system."  In that subsection there is a bullet point, in which Toyota states: "If the received call volume is overly loud, an echo may be heard."[27]  In the same section under a subsection entitled, "When talking on the phone," Toyota states, "Keep the volume of the

---

[25] https://www.toyota.com/connect/ (accessed 3/18/21), (italics in original).

[26] *See, e.g.*, https://web.archive.org/web/20160802225037/https://www.toyota.com/connect/ (accessed 3/18/21).

[27] 2008 Highlander Owner's Manual (OM48690U), at 324; 2008 Highlander Owner's Manual (OM48851U), at 325.

<strong>COMPLAINT</strong>

receiving voice down.  Otherwise, voice echo will increase."[28]  Because Toyota states that "voice echo will increase," rather than "voice echo will occur," Toyota acknowledges that voice echo is inherent in the system.

26.     Similarly, the 2008 Highlander Navigation Owner's Manual has a section entitled, "Other Functions."  A box in that section labeled "Information" contains a bullet point that states: "Keep the volume of receiving voice down.  Otherwise, echo is coming up.  When you talk on the phone, speak clearly towards the microphone."[29]

27.     Both the 2009 and 2010 Highlander Owner's Manuals and Highlander Navigation Owner's Manuals contain the same statements as the ones quoted above from the 2008 Owner's Manual.[30]

28.     The 2011 Highlander Owner's Manual only contains the second of the two statements from 2008, and changes the words "receiving voice" to "incoming voice," so that it states: "Keep the volume of the incoming voice down.  Otherwise, voice echo will increase."[31]  The 2011 Highlander Navigation Owner's Manual has no change from the above language in the 2008 Highlander Navigation Owner's Manual.[32]

29.     The 2012 Highlander Owner's Manual and 2012 Highlander Navigation Owner's Manual contain the same language set forth above from the 2011 Manuals[33], as do the 2013 Highlander Owner's Manual and 2013 Highlander Navigation Owner's Manual.[34]

---

[28] 2008 Highlander Owner's Manual (OM48690U), at 339; 2008 Highlander Owner's Manual (OM48851U), at 339.

[29] 2008 Highlander Navigation Owner's Manual, at 128, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48695U/pdf/OM48695U.pdf (accessed 6/12/19).

[30] 2009 Highlander Owner's Manual at 342, 346; 2009 Highlander Navigation Owner's Manual, at 108, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48838U/pdf/OM48838U.pdf. (accessed 6/12/19); 2010 Highlander Owner's Manual, at 348, 362; 2010 Highlander Owner's Navigation Manual, at 128, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48A61U/pdf/OM48A61U.pdf (accessed 6/12/19).

[31] 2011 Highlander Owner's Manual, at 356.

[32] 2011 Highlander Navigation Owner's Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48A75U/pdf/OM48A75U.pdf (accessed 6/13/19).

[33] 2012 Highlander Owner's Manual, at 379; 2012 Highlander Navigation Owner's Manual at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48D02U/pdf/OM48D02U.pdf (accessed

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

ARIAS SANGUINETTI WANG & TORRIJOS LLP

30.    The 2014 Highlander Owner's Manual contains a section entitled "Bluetooth" and a subsection entitled, "When using the hands-free system."  There, Toyota states: "If the received call volume is overly loud, an echo may be heard."[35]  The 2014 Highlander Owner's Navigation Manual has a section entitled, "Phone Operation (Hands-Free System for Cellular Phones)," that states: "Keep call volume down.  Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase.  When talking on the phone, speak clearly towards the microphone."[36]  Again, this is an acknowledgement that voice echo is inherent in the system.

31.    The language in the 2015-2019 Highlander Owner's Manuals and Highlander Navigation Owner's Manuals is the same as the language set forth above from the respective manuals for 2014.[37]

32.    Toyota also acknowledges that there is an echo in calls made with its hands-free phone system in many of the Owner's Manuals and/or Navigation Owner's Manuals for the other Class Vehicles identified above.  These admissions are set forth below.

33.    **Toyota 4Runner:**

- 2007 - 2013 Navigation Owner's Manuals: "Keep the volume of receiving voice down.  Otherwise, echo is coming up."[38]

---

6/13/19).

[34] 2013 Highlander Owner's Manual, at 389; 2013 Highlander Navigation Owner's Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48A37U/pdf/OM48A37U.pdf (accessed 6/13/19).

[35] 2014 Highlander Owner's Manual, at 412.

[36] 2014 Highlander, Highlander HV Owner's Navigation Manual, at 223, *available at*https://www.toyota.com/t3Portal/document/omnav-s/OM48A19U/pdf/OM48A19U.pdf  (accessed 6/13/19).

[37] 2015 Highlander Owner's Manual, at 412; 2015 Highlander, Highlander HV Owner's Navigation Manual, at 223, *available at*https://www.toyota.com/t3Portal/document/omnav-s/OM48F03U/pdf/OM48F03U.pdf (accessed 6/13/19); 2016 Highlander Owner's Manual, at 414; 2016 Highlander, Highlander HV Owner's Navigation Manual, at 225, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM48F13U/pdf/OM48F13U.pdf (accessed 6/13/19); 2017 Highlander Owner's Manual, at 425; 2017 Highlander, Highlander HV Navigation System Owner's Manual, at 263; 2018 Highlander Owner's Manual, at 425; 2018 Highlander, Highlander HV Navigation System Owner's Manual, at 263, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM0E034U/pdf/OM0E034U.pdf (accessed 6/13/19); 2019 Highlander Owner's Manual, at 431; 2019 Highlander, Highlander HV Navigation System Owner's Manual, at 263, *available at*https://www.toyota.com/t3Portal/document/omnav-s/OM0E050U/pdf/OM0E050U.pdf (accessed 6/13/19).

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

- 2014 - 2019 Navigation Owner's Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[39]

- 2010 - 2013 Owner's Manuals: "Keep the volume of the incoming voice down. Otherwise, voice echo will increase."[40]

34. **Toyota Avalon/Avalon HV:**

- 2008 - 2012 Owner's Manuals: "Keep the volume of the receiving voice down. Otherwise, voice echo will increase."[41]

---

[38] 2007 Toyota 4Runner Navigation Owner's Manual, at 100, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35868U/pdf/OM35868U.pdf (accessed 7/10/19); 2008 Toyota 4Runner Navigation Owner's Manual, at 125, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35895U/pdf/OM35895U.pdf (accessed 7/10/19); 2009 Toyota 4Runner Navigation Owner's Manual, at 128, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A04U/pdf/OM35A04U.pdf (accessed 7/10/19); 2010 Toyota 4Runner Navigation Owner's Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A16U/pdf/OM35A16U.pdf (accessed 7/10/19); 2011 Toyota 4Runner Navigation Owner's Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A56U/pdf/OM35A56U.pdf (accessed 7/10/19); 2012 Toyota 4Runner Navigation Owner's Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A57U/pdf/OM35A57U.pdf (accessed 7/10/19); 2013 Toyota 4Runner Navigation Owner's Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A79U/pdf/OM35A79U.pdf (accessed 7/10/19).

[39] 2014 Toyota 4Runner Navigation Owner's Manual, at 161, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A86U/pdf/OM35A86U.pdf (accessed 7/10/19); 2015 Toyota 4Runner Navigation Owner's Manual, at 161, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B19U/pdf/OM35B19U.pdf (accessed 7/10/19); 2016 Toyota 4Runner Navigation Owner's Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B26U/pdf/OM35B26U.pdf (accessed 7/10/19); 2017 Toyota 4Runner Navigation Owner's Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B38U/pdf/OM35B38U.pdf (accessed 7/10/19); 2018 Toyota 4Runner Navigation and Multimedia System Owner's Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B47U/pdf/OM35B47U.pdf (accessed 7/10/19); 2019 Toyota 4Runner Navigation and Multimedia System Owner's Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35B49U/pdf/OM35B49U.pdf (accessed 7/10/19).

[40] 2010 Toyota 4Runner Owner's Manual, at 395, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A36U/pdf/OM35A36U.pdf (accessed 7/10/19); 2011 Toyota 4Runner Owner's Manual, at 395, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A52U/pdf/OM35A52U.pdf (accessed 7/10/19); 2012 Toyota 4Runner Owner's Manual, at 420, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35819U/pdf/OM35819U.pdf (accessed 7/10/19); 2013 Toyota 4Runner Owner's Manual, at 423, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A22U/pdf/OM35A22U.pdf (accessed 7/10/19).

[41] 2008 Toyota Avalon Owner's Manual, at 235, *available at* https://www.toyota.com/t3Portal/document/om-s/OM41433U/pdf/OM41433U.pdf (accessed 7/9/19); 2009 Toyota Avalon Owner's Manual, at 249, *available at* https://www.toyota.com/t3Portal/document/om-s/OM41430U/pdf/OM41430U.pdf (accessed 7/9/19); 2010 Toyota Avalon Owner's Manual, at 258,

---

**COMPLAINT**

- 2011 Navigation Owner's Manual: "Keep the volume of receiving voice down.  Otherwise, an echo will be heard."[42]
- 2013 - 2019 Owner's Navigation Manuals (Avalon/Avalon HV): "Keep call volume down.  Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[43]

35. **Toyota Camry:**

- 2007 Owner's Manual: "Keep the volume of the receiving voice down. Otherwise, echo is coming up."[44]
- 2008 – 2011 Owner's Manuals: "Keep the volume of the received voice down. Otherwise, voice echo will increase."[45]

---

*available at* https://www.toyota.com/t3Portal/document/om-s/OM41437U/pdf/OM41437U.pdf (accessed 7/9/19); 2011 Toyota Avalon Owner's Manual, at 312, *available at* https://www.toyota.com/t3Portal/document/om-s/OM41434U/pdf/OM41434U.pdf (accessed 7/9/19); 2012 Toyota Avalon Owner's Manual, at 324, *available at* https://www.toyota.com/t3Portal/document/om-s/OM41445U/pdf/OM41445U.pdf (accessed 7/9/19).

[42] 2011 Toyota Avalon Navigation Owner's Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM41436U/pdf/OM41436U.pdf (accessed 7/9/19).

[43] 2013 Toyota Avalon, Avalon HV Owner's Navigation Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM41444U/pdf/OM41444U.pdf (accessed 7/9/19); 2014 Toyota Avalon, Avalon HV Owner's Navigation Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM41455U/pdf/OM41455U.pdf (accessed 7/9/19); 2015 Toyota Avalon, Avalon HV Owner's Navigation Manual, at 175, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM41459U/pdf/OM41459U.pdf (accessed 7/9/19); 2016 Toyota Avalon, Avalon HV Owner's Navigation Manual, at 177, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM07003U/pdf/OM07003U.pdf (accessed 7/9/19); 2017 Toyota Avalon, Avalon HV Navigation System Owner's Manual, at 177, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM07009U/pdf/OM07009U.pdf (accessed 7/9/19); 2018 Toyota Avalon, Avalon HV Navigation System Owner's Manual, at 177, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM07012U/pdf/OM07012U.pdf (accessed 7/9/19); 2019 Toyota Avalon, Avalon HV Navigation and Multimedia System Owner's Manual, at 197, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM07006U/pdf/OM07006U.pdf (accessed 7/9/19).

[44] 2007 Camry Owner's Manual (OM33748U), at 244, available at https://www.toyota.com/t3Portal/document/om-s/OM33748U/pdf/OM33748U.pdf (accessed 3/29/2021).

[45] 2008 Camry Owner's Manual (OM33751U), at 247, available at https://www.toyota.com/t3Portal/document/om-s/OM33751U/pdf/OM33751U.pdf (accessed 3/29/2021); 2009 Camry Owners Manual (OM33780U), at 247, available at https://www.toyota.com/t3Portal/document/om-s/OM33780U/pdf/OM33780U.pdf (accessed 3/29/2021); 2010 Camry Owners Manual (OM33840U), at 295, available at https://www.toyota.com/t3Portal/document/om-s/OM33840U/pdf/OM33840U.pdf (accessed 3/29/2021); 2011 Camry Owners Manual (OM33897U), at 300, available at https://www.toyota.com/t3Portal/document/om-s/OM33897U/pdf/OM33897U.pdf (accessed 3/29/2021).

**COMPLAINT**

- 2014 – 2017 Owner's Manuals: "If the received call volume is overly loud, an echo may be heard."[46]

- 2007 – 2011 Navigation Owner's Manuals: "Keep the volume of receiving voice down. Otherwise, echo is coming up."[47]

- 2012 – 2013; 2015 – 2017; 2019 Navigation Owner's Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[48]

- 2014 Navigation Owner's Manual: "If the received call volume is overly loud, an echo may be heard."[49]

---

[46] 2014 Camry from Dec. 2013 Prod. Owners Manual (OM33A82U), at 352, available at https://www.toyota.com/t3Portal/document/om-s/OM33A82U/pdf/OM33A82U.pdf (accessed 3/29/2021); 2015 Camry Owners Manual (IM33A86U), at 316, available at https://www.toyota.com/t3Portal/document/om-s/OM33A86U/pdf/OM33A86U.pdf (accessed 3/29/2021); 2016 Camry through Mar. 2016 Prod. Owners Manual (OM33C34U), at 315, available at https://www.toyota.com/t3Portal/document/om-s/OM33C34U/pdf/OM33C34U.pdf (accessed 3/29/2021); 2017 Camry Owners Manual (OM33C64U), at 315, available at https://www.toyota.com/t3Portal/document/om-s/OM33C64U/pdf/OM33C64U.pdf (accessed 3/29/2021).

[47] 2007 Camry Navigation Owner's Manual (OM33673U), at 100, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33673U/pdf/OM33673U.pdf (accessed 3/29/2021); 2008 Camry Navigation Owner's Manual (OM33752U), at 128, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33752U/pdf/OM33752U.pdf (accessed 3/29/2021); 2009 Camry Navigation Owners Manual (OM33784U), at 128, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33784U/pdf/OM33784U.pdf (accessed 3/29/2021); 2010 Camry Navigation Owner's Manual (OM33795U), at 122, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33795U/pdf/OM33795U.pdf (accessed 3/29/2021); 2011 Camry Navigation Owners Manual (OM33849U), at 122, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33849U/pdf/OM33849U.pdf (accessed 3/29/2021).

[48] 2012 Camry/Camry HV Navigation Owners Manual (OM33859U), at 123, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33859U/pdf/OM33859U.pdf (accessed 3/29/2021); 2013 Camry, Camry HV Owners Navigation Manual (OM33A36U), at 123, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A36U/pdf/OM33A36U.pdf ((accessed 3/29/2021); 2014 Camry, Camry HV from Dec. 2013 Prod. Owners Navigation Manual (OM33A80U), at 159, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A80U/pdf/OM33A80U.pdf (accessed 3/29/2021); 2016 Camry, Camry HV Navigation Owners Manual (OM33C37U(, at 165, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33C37U/pdf/OM33C37U.pdf (accessed 3/29/2021); 2017 Camry, Camry HV Navigation System Owners Manual (OM33C67U), at 165, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33C67U/pdf/OM33C67U.pdf (accessed 3/29/2021); 2019 Camry, Camry HV Navigation and Multimedia System Owner's Manual (OM06146U), at 207, available at https://www.toyota.com/t3Portal/document/omnav-s/OM06146U/pdf/OM06146U.pdf (accessed 3/29/2021).

[49] 2014 Camry, Camry HV from Dec. 2013 Prod. Owners Navigation Manual (OM33A80U), at 159, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A80U/pdf/OM33A80U.pdf

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

36.     **Toyota Camry HV:**

- 2007 Owner's Manual: "Keep the volume of receiving voice down. Otherwise, echo is coming up."[50]

- 2008 – 2011 Owner's Manuals: "Keep the volume of the received voice down. Otherwise, voice echo will increase."[51]

- 2014 – 2017 Owner's Manuals: "If the received call volume is overly loud, an echo may be heard."[52]

- 2007 – 2011 Navigation Owner's Manuals: "Keep the volume of receiving voice down. Otherwise, echo is coming up."[53]

---

(accessed 3/29/2021).

[50] 2007 Camry HV Owner's Manual (OM33749U), at 239, available at https://www.toyota.com/t3Portal/document/om-s/OM33749U/pdf/OM33749U.pdf (accessed 3/29/2021).

[51] 2008 Camry HV Owner's Manual (OM33760U), at 227, available at https://www.toyota.com/t3Portal/document/om-s/OM33760U/pdf/OM33760U.pdf (accessed 3/29/2021); 2009 Camry HV Owner's Manual (OM33788U), at 227, available at https://www.toyota.com/t3Portal/document/om-s/OM33788U/pdf/OM33788U.pdf (accessed 3/29/2021); 2010 Camry HV Owners Manual (OM33841U), at 272, available at https://www.toyota.com/t3Portal/document/om-s/OM33841U/pdf/OM33841U.pdf (accessed 3/29/2021); 2011 Camry HV Owner's Manual (OM33898U), at 273, available at https://www.toyota.com/t3Portal/document/om-s/OM33898U/pdf/OM33898U.pdf (accessed 3/29/2021).

[52] 2014 Camry HV from Dec. 2013 Prod. Owners Manual (OM33A83U), at 346, available at https://www.toyota.com/t3Portal/document/om-s/OM33A83U/pdf/OM33A83U.pdf (accessed 3/29/2021); 2015 Camry HV Owners Manual (OM33A87U), at 322, available at https://www.toyota.com/t3Portal/document/om-s/OM33A87U/pdf/OM33A87U.pdf (accessed 3/29/2021); 2016 Camry HV Owners Manual (OM33C35U), at 323, available at https://www.toyota.com/t3Portal/document/om-s/OM33C35U/pdf/OM33C35U.pdf (accessed 3/29/2021); 2016 Camry HV Owners Manuals (OM33D38U), at 323, available at https://www.toyota.com/t3Portal/document/om-s/OM33D38U/pdf/OM33D38U.pdf (accessed 3/29/2021); 2017 Camry HV Owners Manual (OM33C65U), at 323, available at https://www.toyota.com/t3Portal/document/om-s/OM33C65U/pdf/OM33C65U.pdf (accessed 3/29/2021).

[53] 2007 Camry HV Navigation Owner's Manual (OM33679U), at 100, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33679U/pdf/OM33679U.pdf (accessed 3/29/2021); 2008 Camry HV Navigation Owner's Manual (OM33761U), at 128, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33761U/pdf/OM33761U.pdf (accessed 3/29/2021); 2009 Camry HV Navigation Owners Manual (OM33789U), at 128, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33789U/pdf/OM33789U.pdf (accessed 3/29/2021); 2010 Camry HV Navigation Owner's Manual (OM33804U), at 122, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33804U/pdf/OM33804U.pdf (accessed 3/29/2021); 2011 Camry HV Navigation Owners Manual (OM33850U), at 122, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33850U/pdf/OM33850U.pdf (accessed 3/29/2021).

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

ARIAS SANGUINETTI WANG & TORRIJOS LLP

- 2012 – 2013, 2015 – 2017, 2019 Navigation Owner's Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[54]
- 2014 Navigation Owner's Manual: "If the received call volume is overly loud, an echo may be heard."[55]

37.    **Toyota Highlander HV:**

- 2008 – 2010 and 2017 – 2019 Owner's Manuals: "If the received call volume is overly loud, an echo may be heard."[56]
- 2011 – 2013 Owner's Manuals: "Keep the volume of the incoming voice down.  Otherwise, voice echo will increase."[57]

---

[54] 2012 Camry/Camry HV Navigation Owners Manual (OM33859U), at 123, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33859U/pdf/OM33859U.pdf (accessed 3/29/2021); 2013 Camry, Camry HV Owners Navigation Manual (OM33A36U), at 123, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A36U/pdf/OM33A36U.pdf ((accessed 3/29/2021); 2015 Camry, Camry HV Owners Navigation Manual (IM33A90U), at 161, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A90U/pdf/OM33A90U.pdf (accessed 3/29/2021); 2016 Camry, Camry HV Navigation Owners Manual (OM33C37U(, at 165, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33C37U/pdf/OM33C37U.pdf (accessed 3/29/2021); 2017 Camry, Camry HV Navigation System Owners Manual (OM33C67U), at 165, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33C67U/pdf/OM33C67U.pdf (accessed 3/29/2021); 2019 Camry, Camry HV Navigation and Multimedia System Owner's Manual (OM06146U), at 207, available at https://www.toyota.com/t3Portal/document/omnav-s/OM06146U/pdf/OM06146U.pdf (accessed 3/29/2021).

[55] 2014 Camry, Camry HV from Dec. 2013 Prod. Owners Navigation Manual (OM33A80U), at 159, available at https://www.toyota.com/t3Portal/document/omnav-s/OM33A80U/pdf/OM33A80U.pdf (accessed 3/29/2021).

[56] 2008 Toyota Highlander HV Owner's Manual (OM48694U), at 330, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48694U/pdf/OM48694U.pdf (accessed 7/10/19); 2008 Toyota Highlander HV Owner's Manual (OM48852U), at 330, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48852U/pdf/OM48852U.pdf (accessed 7/10/19); 2009 Toyota Highlander HV Owner's Manual, at 342, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48853U/pdf/OM48853U.pdf (accessed 7/10/19); 2010 Toyota Highlander HV Owner's Manual, at 340, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A63U/pdf/OM48A63U.pdf (accessed 7/10/19); 2017 Toyota Highlander HV Owner's Manual, at 423, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E018U/pdf/OM0E018U.pdf (accessed 7/10/19); 2018 Toyota Highlander HV Owner's Manual, at 423, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E032U/pdf/OM0E032U.pdf (accessed 7/10/19); 2019 Toyota Highlander HV Owner's Manual, at 429, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0E048U/pdf/OM0E048U.pdf (accessed 7/10/19).

[57] 2011 Toyota Highlander HV Owner's Manual, at 368, *available at* https://www.toyota.com/t3Portal/document/om-s/OM48A67U/pdf/OM48A67U.pdf (accessed 7/10/19); 2012

---

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

1    • 2008 – 2013 Owner's Navigation Manuals: "Keep the volume of
2      receiving voice down.  Otherwise, echo is coming up."[58]

3    • 2014 – 2019 Owner's Navigation Manuals: "Keep call volume down.
4      Otherwise, the other party's voice may be audible outside the vehicle and
5      voice echo may increase."[59]

6    38.    **Toyota Prius:**

7    • 2007 Owner's Manual: "Keep the volume of the receiving voice down.
8      Otherwise, echo is coming up."[60]

9    • 2008 – 2009 and 2016 – 2019 Owner's Manuals: "If the received call
10     volume is overly loud, an echo may be heard."[61]

11   _____

12   Toyota Highlander HV Owner's Manual, at 384, *available at*
     https://www.toyota.com/t3Portal/document/om-s/OM48A10U/pdf/OM48A10U.pdf (accessed 7/10/19); 2013
     Toyota Highlander HV Owner's Manual, at 392, *available at*
13   https://www.toyota.com/t3Portal/document/om-s/OM48A24U/pdf/OM48A24U.pdf (accessed 7/10/19).

14   [58] 2008 Toyota Highlander HV Navigation Owner's Manual, at 128, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM49698U/pdf/OM49698U.pdf (accessed 7/10/19);
15   2009 Toyota Highlander HV Navigation Owner's Manual, at 128, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48838U/pdf/OM48838U.pdf (accessed 7/10/19);
16   2010 Toyota Highlander HV Navigation Owner's Manual, at 128, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48A62U/pdf/OM48A62U.pdf (accessed 7/10/19);
17   2011 Toyota Highlander HV Navigation Owner's Manual, at 124, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48A70U/pdf/OM48A70U.pdf (accessed 7/10/19);
18   2012 Highlander HV Navigation Owner's Manual, at 124, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48D04U/pdf/OM48D04U.pdf (accessed 7/10/19);
19   2013 Highlander HV Navigation Owner's Manual, at 124, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48A25U/pdf/OM48A25U.pdf (accessed 7/10/19)

20   [59] 2014 Highlander, Highlander HV Owner's Navigation Manual, at 223, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48A19U/pdf/OM48A19U.pdf (accessed 7/10/19);
21   2015 Highlander, Highlander HV Owner's Navigation Manual, at 223, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48F03U/pdf/OM48F03U.pdf (accessed 7/10/19);
22   2016 Highlander, Highlander HV Owner's Navigation Manual, at 225, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM48F13U/pdf/OM48F13U.pdf (accessed 7/10/19);
23   2017 Highlander, Highlander HV Navigation System Owner's Manual, at 263, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM0E020U/pdf/OM0E020U.pdf (accessed 7/10/19);
24   2018 Highlander, Highlander HV Navigation and Multimedia System Owner's Manual, at 263, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM0E034U/pdf/OM0E034U.pdf (accessed 7/10/19);
25   2019 Highlander, Highlander HV Navigation and Multimedia System Owner's Manual, at 263, *available at*
     https://www.toyota.com/t3Portal/document/omnav-s/OM0E050U/pdf/OM0E050U.pdf (accessed 7/10/19).

26

27   [60] 2007 Toyota Prius Owner's Manual, at 171, *available at*
     https://www.toyota.com/t3Portal/document/om-s/OM47568U/pdf/OM47568U.pdf (accessed 7/10/19).

28   [61] 2008 Toyota Prius Owner's Manual, at 272, *available at*
     https://www.toyota.com/t3Portal/document/om-s/OM47613U/pdf/OM47613U.pdf (accessed 7/10/19); 2009

**COMPLAINT**

- 2010 – 2011 Owner's Manuals: "Keep the volume of the receiving voice down.  Otherwise, voice echo will increase."[62]

- 2010 – 2012 Owner's Navigation Manuals: "Keep the volume of receiving voice down.  Otherwise, an echo will be heard and receiving voice can be heard outside of the vehicle."[63]

- 2013 – 2019 Owner's Navigation Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase." [64]

---

Toyota Prius Owner's Manual, at 269, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47614U/pdf/OM47614U.pdf (accessed 7/19/19); 2016 Toyota Prius through Feb. 2016 Prod. Owner's Manual, at 499, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47A29U/pdf/OM47A29U.pdf (accessed 7/10/19); 2016 Toyota Prius from Mar. 2016 Prod. Owner's Manual, at 499, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47B39U/pdf/OM47B39U.pdf (accessed 7/10/19); 2017 Toyota Prius Owner's Manual, at 497, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47B54U/pdf/OM47B54U.pdf (accessed 7/10/19); 2018 Toyota Prius Owner's Manual, at 503, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47B89U/pdf/OM47B89U.pdf (accessed 7/10/19); 2019 Toyota Prius Owner's Manual, at 513, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47C35U/pdf/OM47C35U.pdf (accessed 7/10/19).

[62] 2010 Toyota Prius Owner's Manual, at 343, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47668U/pdf/OM47668U.pdf (accessed 7/10/19); 2011 Toyota Prius Owner's Manual, at 337, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47685U/pdf/OM47685U.pdf (accessed 7/10/19).

[63] 2010 Toyota Prius Owner's Navigation Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47605U/pdf/OM47605U.pdf (accessed 7/10/19); 2011 Toyota Prius Navigation Owner's Manual, at 123, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47699U/pdf/OM47699U.pdf (accessed 7/10/19); 2012 Toyota Prius Navigation Owner's Manual, at 136, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47719U/pdf/OM47719U.pdf (accessed 7/10/19).

[64] 2013 Toyota Prius/Prius PHV Owner's Navigation Manual, at 136, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47805U/pdf/OM47805U.pdf (accessed 7/10/19); 2014 Toyota Prius/Prius PHV Owner's Navigation Manual, at 136, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47858U/pdf/OM47858U.pdf (accessed 7/10/19); 2015 Toyota Prius/Prius PHV Owner's Navigation Manual, at 136, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47A72U/pdf/OM47A72U.pdf (accessed 7/10/19); 2016 Toyota Prius Navigation System Owner's Manual, at 155, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47A41U/pdf/OM47A41U.pdf (accessed 7/10/19); 2017 Toyota Prius Navigation System Owner's Manual, at 155, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47B62U/pdf/OM47B62U.pdf (accessed 7/10/19); 2018 Toyota Prius Navigation System Owner's Manual, at 157, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47C01U/pdf/OM47C01U.pdf (accessed 7/10/19); 2019 Toyota Prius Navigation and Multimedia System Owner's Manual (7 in. Screen), at 157, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47C47U/pdf/OM47C47U.pdf (accessed 7/10/19); 2019 Toyota Prius Navigation and Multimedia System Owner's Manual (11.6 in. Screen), at 152, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47C48U/pdf/OM47C48U.pdf (accessed 7/10/19).

**COMPLAINT**

1

2

3

4

5

6

7

8

9

10

11

12

13

ARIAS SANGUINETTI WANG & TORRIJOS LLP

39.     **Toyota Prius V:**

- 2012 Navigation Owner's Manual: "Keep the volume of receiving voice down.  Otherwise, an echo will be heard . . ."[65]

- 2013 – 2017 Navigation Owner's Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[66]

- 2015 – 2017 Owner's Manuals: "If the received call volume is overly loud, an echo may be heard."[67]

40.     **Toyota Sequoia:**

- 2008 – 2009 and 2014 – 2015 Owner's Manuals: "If the received call volume is overly loud, an echo may be heard."[68]

---

[65] 2012 Toyota Prius V Navigation Owner's Manual, at 134, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47675U/pdf/OM47675U.pdf (accessed 7/10/19)

[66] 2013 Toyota Prius V Navigation Owner's Manual, at 134, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47828U/pdf/OM47828U.pdf (accessed 7/10/19); 2014 Toyota Prius V Navigation Owner's Manual, at 134, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47847U/pdf/OM47847U.pdf (accessed 7/10/19); 2015 Toyota Prius V Navigation Owner's Manual, at 151, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47895U/pdf/OM47895U.pdf (accessed 7/10/19); 2016 Toyota Prius V Navigation Owner's Manual, at 151, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47B14U/pdf/OM47B14U.pdf (accessed 7/10/19); 2017 Toyota Prius V Navigation Owner's Manual, at 149, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM47B31U/pdf/OM47B31U.pdf (accessed 7/10/19).

[67] 2015 Toyota Prius V Owner's Manual, at 350, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47887U/pdf/OM47887U.pdf (accessed 7/10/19; 2016 Toyota Prius V Owner's Manual, at 352, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47B12U/pdf/OM47B12U.pdf (accessed 7/10/19; 2017 Toyota Prius V Owner's Manual, at 352, *available at* https://www.toyota.com/t3Portal/document/om-s/OM47B23U/pdf/OM47B23U.pdf (accessed 7/10/19).

[68] 2008 Toyota Sequoia Owner's Manual, at 329, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34478U/pdf/OM34478U.pdf (accessed 7/10/19); 2009 Toyota Sequoia Owner's Manual, at 338, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34471U/pdf/OM34471U.pdf (accessed 7/10/19); 2014 Toyota Sequoia Owner's Manual, at 372, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34540U/pdf/OM34540U.pdf (accessed 7/10/19); 2015 Toyota Sequoia through Oct. 2014 Prod. Owner's Manual (OM3459U), at 370, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34549U/pdf/OM34549U.pdf (accessed 7/10/19); 2015 Toyota Sequoia from Nov. 2014 Prod. Owner's Manual (OM34565U), at 370, https://www.toyota.com/t3Portal/document/om-s/OM34565U/pdf/OM34565U.pdf (accessed 7/10/19).

**COMPLAINT**

- 2008 – 2013 Owner's Manuals: "Keep the volume of the received voice down.  Otherwise, voice echo will increase."[69]

- 2008 Navigation Owner's Manual: "Keep the volume of receiving voice down.  Otherwise, echo is coming up."[70]

- 2009 Navigation Owner's Manual: "Keep the volume of receiving voice down.  Otherwise, echo is coming up."[71]

- 2010 – 2013 Navigation Owner's Manuals: "Keep the volume of receiving voice down.  Otherwise, an echo will be heard . . ."[72]

- 2014 – 2019 Navigation Owner's Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[73]

_____

[69] 2008 Toyota Sequoia Owner's Manual, at 346; 2009 Toyota Sequoia Owner's Manual, at 355; 2010 Toyota Sequoia Owner's Manual (OM34496U), at 403, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34496U/pdf/OM34496U.pdf (accessed 7/10/19); 2010 Toyota Sequoia Owner's Manual (OM34501U), at 405, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34501U/pdf/OM34501U.pdf (accessed 7/10/19); 2011 Toyota Sequoia Owner's Manual (OM34453U), at 415, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34453U/pdf/OM34453U.pdf (accessed 7/10/19); 2011 Toyota Sequoia Owner's Manual (OM34523U), at 415, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34523U/pdf/OM34523U.pdf (accessed 7/10/19); 2012 Toyota Sequoia Owner's Manual, at 435, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34518U/pdf/OM34518U.pdf (accessed 7/10/19); 2013 Toyota Sequoia Owner's Manual (OM3441U), at 464, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34441U/pdf/OM34441U.pdf (accessed 7/10/19); 2013 Toyota Sequoia Owner's Manual (OM34450U), at 464, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34450U/pdf/OM34450U.pdf (accessed 7/10/19).

[70] 2008 Toyota Sequoia Navigation Owner's Manual, at 122, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34446U/pdf/OM34446U.pdf (accessed 7/10/19).

[71] 2009 Toyota Sequoia Navigation Owner's Manual, at 130, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34473U/pdf/OM34473U.pdf (accessed 7/10/19).

[72] 2010 Toyota Sequoia Navigation Owner's Manual JBL type with 7 inch screen, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34487U/pdf/OM34487U.pdf (accessed 7/10/19); 2011 Toyota Sequoia Navigation Owner's Manual JBL type with 7 inch screen, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34507U/pdf/OM34507U.pdf (accessed 7/10/19); 2012 Toyota Sequoia Owner's Navigation Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34521U/pdf/OM34521U.pdf (accessed 7/10/19); 2013 Toyota Sequoia Owner's Navigation Manual, at 117, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34530U/pdf/OM34530U.pdf (accessed 7/10/19).

[73] 2014 Toyota Sequoia Owner's Navigation Manual, at 185, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34543U/pdf/OM34543U.pdf (accessed 7/10/19); 2015 Toyota Sequoia Owner's Navigation Manual, at 183, *available at*

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

41.     **Toyota Sienna:**

- 2007 – 2014 Navigation Owner's Manuals: "Keep the volume of receiving voice down.  Otherwise, echo is coming up."[74]

- 2008 Owner's Manual has this same language.[75]

- 2015 – 2019 Navigation Owner's Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible out-side the vehicle and voice echo may increase."[76]

---

https://www.toyota.com/t3Portal/document/omnav-s/OM34553U/pdf/OM34553U.pdf (accessed 7/10/19); 2016 Toyota Sequoia Owner's Navigation Manual, at 187, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34578U/pdf/OM34578U.pdf (accessed 7/10/19); 2017 Toyota Sequoia Navigation System Owner's Manual, at 187, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34601U/pdf/OM34601U.pdf (accessed 7/10/19); 2018 Toyota Sequoia Navigation and Multimedia System Owner's Manual, at 187, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM0C007U/pdf/OM0C007U.pdf (accessed 7/10/19); 2019 Toyota Sequoia Navigation and Multimedia System Owner's Manual, at 189, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM0C015U/pdf/OM0C015U.pdf (accessed 7/10/19).

[74] 2007 Toyota Sienna Navigation Owner's Manual, at 100, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45439U/pdf/OM45439U.pdf (accessed 7/9/19); 2008 Toyota Sienna Navigation Owner's Manual, at 119, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45451U/pdf/OM45451U.pdf (accessed 7/9/19); 2009 Toyota Sienna Navigation Owner's Manual, at 130, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45454U/pdf/OM45454U.pdf (accessed 7/9/19); 2010 Toyota Sienna Navigation Owner's Manual, at 130, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45464U/pdf/OM45464U.pdf (accessed 7/9/19); 2011 Toyota Sienna Navigation Owner's Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45461U/pdf/OM45461U.pdf (accessed 7/9/19); 2012 Toyota Sienna Navigation (Mid) Owner's Manual, at  124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45470U/pdf/OM45470U.pdf (accessed 7/9/19); 2013 Toyota Sienna Navigation (Mid) Owner's Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45475U/pdf/OM45475U.pdf (accessed 7/9/19); 2014 Toyota Sienna Navigation Owner's Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM45485U/pdf/OM45485U.pdf (accessed 7/9/19).

[75] 2008 Toyota Sienna Owner's Manual, at 345, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45455U/pdf/OM45455U.pdf (accessed 7/9/19).

[76] 2015 Toyota Sienna Navigation Owner's Manual, at 217, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM08003U/pdf/OM08003U.pdf (accessed 7/9/19); 2016 Toyota Sienna Navigation Owner's Manual, at 227, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM08015U/pdf/OM08015U.pdf (accessed 7/9/19); 2017 Toyota Sienna Navigation System Owner's Manual, at 227, https://www.toyota.com/t3Portal/document/omnav-s/OM08009U/pdf/OM08009U.pdf (accessed 7/9/19); 2018 Toyota Sienna Navigation and Multimedia System Owner's Manual, at 289, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM08021U/pdf/OM08021U.pdf (accessed 7/9/19); 2019 Toyota Sienna Navigation and Multimedia System Owner's Manual, at 295 (accessed 7/9/19).

**COMPLAINT**

- 2009 – 2014 Owner's Manuals: "Keep the volume of the received voice down.  Otherwise, voice echo will increase."[77]

- 2011 – 2014 Owner's manuals: "If the incoming call volume is overly loud, an echo may be heard."[78]

- 2015 – 2017 Toyota slightly changed this language: "If the received call volume is overly loud, an echo may be heard."[79]

42.    **Toyota Tacoma:**

- 2009 – 2011 and 2014 – 2019 Owner's Manuals: "If the received call volume is overly loud, an echo may be heard."[80]

---

[77] 2009 Toyota Sienna Owner's Manual, at 344, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45452U/pdf/OM45452U.pdf (accessed 7/9/19); 2010 Toyota Sienna Owner's Manual, at 344, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45462U/pdf/OM45462U.pdf (accessed 7/9/19); 2011 Toyota Sienna Owner's Manual, at 506, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45466U/pdf/OM45466U.pdf (accessed 7/9/19), 2012 Toyota Sienna Owner's Manual, at 547, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45477U/pdf/OM45477U.pdf (accessed 7/9/19); 2013 Toyota Sienna Owner's Manual, at 561, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45472U/pdf/OM45472U.pdf (accessed 7/9/19); 2014 Toyota Sienna Owner's Manual, at 563, *available at* https://www.toyota.com/t3Portal/document/om-s/OM45483U/pdf/OM45483U.pdf (accessed 7/9/19).

[78] 2011 Toyota Sienna Owner's Manual, at 490; 2012 Toyota Sienna Owner's Manual, at 531; 2013 Toyota Sienna Owner's Manual, at 545; 2014 Toyota Sienna Owner's Manual, at 547.

[79] 2015 Toyota Sienna Owner's Manual, at 394, *available at* https://www.toyota.com/t3Portal/document/om-s/OM08001U/pdf/OM08001U.pdf (accessed 7/9/19); 2016 Toyota Sienna Owner's Manual, at 395, *available at* https://www.toyota.com/t3Portal/document/om-s/OM08013U/pdf/OM08013U.pdf (accessed 7/9/19); 2017 Toyota Sienna Owner's Manual, at 399, *available at* https://www.toyota.com/t3Portal/document/om-s/OM08007U/pdf/OM08007U.pdf (accessed 7/9/19).

[80] 2009 Toyota Tacoma Owner's Manual, at 282, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35883U/pdf/OM35883U.pdf (accessed 7/10/19); 2010 Toyota Tacoma Owner's Manual, at 268, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A51U/pdf/OM35A51U.pdf (accessed 7/10/19); 2011 Toyota Tacoma Owner's Manual (OM35A34U), at 276, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A34U/pdf/OM35A34U.pdf (accessed 7/10/19); 2011 Toyota Tacoma Owner's Manual (OM35A58U), at 276, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A58U/pdf/OM35A58U.pdf (accessed 7/10/19); 2014 Toyota Tacoma Owner's Manual, at 306, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A38U/pdf/OM35A38U.pdf (accessed 7/10/19); 2015 Toyota Tacoma through Oct. 2014 Prod. Owner's Manual (OM04001U), at 297, *available at* https://www.toyota.com/t3Portal/document/om-s/OM04001U/pdf/OM04001U.pdf (accessed 7/10/19); 2015 Toyota Tacoma from Nov. 2014 Prod. Owner's Manual (OM04009U), at 297, *available at* https://www.toyota.com/t3Portal/document/om-s/OM04009U/pdf/OM04009U.pdf (accessed 7/10/19); 2016 Toyota Tacoma Owner's Manual, at 358, *available at* https://www.toyota.com/t3Portal/document/om-s/OM04005U/pdf/OM04005U.pdf (accessed 7/10/19); 2017 Toyota Tacoma Owner's Manual, at 362, *available at* https://www.toyota.com/t3Portal/document/om-s/OM04013U/pdf/OM04013U.pdf (accessed 7/10/19); 2018 Toyota Tacoma Owner's Manual, at 415, *available at*

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

- 2012 Owner's Manual: "Keep the volume of the received voice down. Otherwise, voice echo will increase."[81]

- 2014 – 2019 Navigation Owner's Manuals: "Keep call volume down. Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[82]

43. **Toyota Tundra:**

- 2007 – 2008 Owner's Manuals and 2007 – 2008 Navigation Owner's Manual: "Keep the volume of the receiving voice down. Otherwise, echo is coming up."[83]

- 2009 and 2014 – 2019 Owner's Manuals: "If the received call volume is overly loud, an echo may be heard."[84]

---

https://www.toyota.com/t3Portal/document/om-s/OM04017U/pdf/OM04017U.pdf (accessed 7/10/19); 2019 Toyota Tacoma Owner's Manual, at 415, *available at* https://www.toyota.com/t3Portal/document/om-s/OM04021U/pdf/OM04021U.pdf (accessed 7/10/19).

[81] 2012 Toyota Tacoma Owner's Manual, at 343, *available at* https://www.toyota.com/t3Portal/document/om-s/OM35A48U/pdf/OM35A48U.pdf (accessed 7/10/19).

[82] 2014 Toyota Tacoma Owner's Navigation Manual, at 147, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM35A94U/pdf/OM35A94U.pdf (accessed 7/10/19); 2015 Toyota Tacoma Owner's Navigation Manual, at 151, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM04003U/pdf/OM04003U.pdf (accessed 7/10/19); 2016 Toyota Tacoma Owner's Navigation Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM04007U/pdf/OM04007U.pdf (accessed 7/10/19); 2017 Toyota Tacoma Navigation System Owner's Manual, at 159, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM04015U/pdf/OM04015U.pdf (accessed 7/10/19); 2018 Toyota Tacoma Navigation and Multimedia System Owner's Manual, at 161, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM04019U/pdf/OM04019U.pdf (accessed 7/10/19); 2019 Toyota Tacoma Navigation and Multimedia System Owner's Manual, at 161, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM04023U/pdf/OM04023U.pdf (accessed 7/10/19).

[83] 2007 Toyota Tundra Owner's Manual, at 376, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34463U/pdf/OM34463U.pdf (accessed 7/10/19); 2008 Toyota Tundra Owner's Manual, at 379, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34477U/pdf/OM34477U.pdf (accessed 7/10/19); 2007 Toyota Tundra Navigation Owner's Manual, at 101, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34461U/pdf/OM34461U.pdf (accessed 7/10/19); 2008 Toyota Tundra Navigation Owner's Manual, at 123, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34469U/pdf/OM34469U.pdf (accessed 7/10/19).

[84] 2009 Toyota Tundra Owner's Manual, at 360, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34474U/pdf/OM34474U.pdf (accessed 7/10/19); 2014 Toyota Tundra through Feb. 2014 Prod. Owner's Manual, at 327, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34534U/pdf/OM34534U.pdf (accessed 7/10/19); 2014 Toyota Tundra from Mar. 2014 Prod. Owner's Manual, at 327, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34561U/pdf/OM34561U.pdf (accessed 7/10/19); 2015 Toyota Tundra Owner's Manual, at 327,

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

- 2009 – 2013 Owner's Manuals: "Keep the volume of the received voice down.  Otherwise, voice echo will increase."[85]

- 2010 – 2013 Navigation Owner's Manuals: "Keep the volume of receiving voice down.  Otherwise, an echo will be heard and receiving voice can be heard outside of the vehicle."[86]

- 2014 – 2019 Owner's Navigation Manuals: "Keep call volume down.  Otherwise, the other party's voice may be audible outside the vehicle and voice echo may increase."[87]

---

*available at* https://www.toyota.com/t3Portal/document/om-s/OM34556U/pdf/OM34556U.pdf (accessed 7/10/19); 2016 Toyota Tundra Owner's Manual, at 336, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34569U/pdf/OM34569U.pdf (accessed 7/10/19); 2017 Toyota Tundra Owner's Manual, at 338, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34594U/pdf/OM34594U.pdf (accessed 7/10/19); 2018 Toyota Tundra Owner's Manual, at 403, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0C009U/pdf/OM0C009U.pdf (accessed 7/10/19); 2019 Toyota Tundra Owner's Manual, at 403, *available at* https://www.toyota.com/t3Portal/document/om-s/OM0C017U/pdf/OM0C017U.pdf (accessed 7/10/19).

[85] 2009 Toyota Tundra Owner's Manual, at 376, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34474U/pdf/OM34474U.pdf (accessed 7/10/19); 2010 Toyota Tundra Owner's Manual Through Oct. 2009 Prod., at 430, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34495U/pdf/OM34495U.pdf (accessed 7/10/19); 2010 Toyota Tundra Owner's Manual from Nov. 2009 Prod., at 428, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34516U/pdf/OM34516U.pdf (accessed 7/10/19); 2011 Toyota Tundra Owner's Manual, at 432, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34510U/pdf/OM34510U.pdf (accessed 7/10/19); 2012 Toyota Tundra Owner's Manual, at 411, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34525U/pdf/OM34525U.pdf (accessed 7/10/19); 2013 Toyota Tundra Owner's Manual, at 441, *available at* https://www.toyota.com/t3Portal/document/om-s/OM34491U/pdf/OM34491U.pdf (accessed 7/10/19).

[86] 2010 Toyota Tundra Navigation Owner's Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34481U/pdf/OM34481U.pdf (accessed 7/10/19); 2011 Toyota Tundra Navigation Owner's Manual Except JBL Type with 7 inch screen, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34513U/pdf/OM34513U.pdf (accessed 7/10/19); 2012 Toyota Tundra Owner's Navigation Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34527U/pdf/OM34527U.pdf (accessed 7/10/19); 2013 Toyota Tundra Owner's Navigational Manual, at 124, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34533U/pdf/OM34533U.pdf (accessed 7/10/19).

[87] 2014 Toyota Tundra Owner's Navigation Manual, at 147, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34536U/pdf/OM34536U.pdf (accessed 7/10/19); 2015 Toyota Tundra Owner's Navigation Manual, at 149, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34559U/pdf/OM34559U.pdf (accessed 7/10/19); 2016 Toyota Tundra Owner's Navigation Manual, at 153, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34572U/pdf/OM34572U.pdf (accessed 7/10/19); 2017 Toyota Tundra Navigation System Owner's Manual, at 153, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM34596U/pdf/OM34596U.pdf (accessed 7/10/19); 2018 Toyota Tundra Navigation and Multimedia System Owner's Manual, at 153, *available at*

**COMPLAINT**

44.     Accordingly, as shown by the above language contained in Toyota's Owner's Manuals and Navigation Owner's Manuals, Toyota was aware of the Echo Defect since at least 2007.  If it had been unaware of the Echo Defect it would not have been able to include the above provisions in its Owner's Manuals and Navigation Owner's Manuals.

**B.     Toyota's Knowledge of the Echo Defect from Online Forums and Customer Complaints.**

45.     Toyota's knowledge of the Echo Defect is also evidenced by the online forums related to Toyota in which customers have, for years, complained of the Echo Defect.

46.     Toyota routinely monitors and/or should have been monitoring the internet for complaints about Toyota vehicles.

47.     As described by Toyota's Chief Information Officer in 2013, Toyota uses "social media monitoring and sentiment-analysis tools," which it correlates with Toyota's "own internal data to look for new insights."[88]  For example, Toyota uses this "data analysis across many areas," including "service [and] quality."[89]  Additionally, "[b]y "analyzing free-form text, [Toyota] can learn what customers think of specific vehicles, like the new Avalon.  In the quality area, [Toyota] can look for information like whether new-car owners are hearing a slight rattle and pass that on to our quality engineers."[90]

48.     Various customer complaints about the Echo Defect can be found online.

49.     On January 8, 2017, an owner of a 2015 Toyota Highlander complained about the Echo Defect on apple.com:

> I have a 2015 Toyota Highlander. When I use my iPhone 6S
> (iOS 10.2) via hands-free Bluetooth connection, there is a echo
> on the phone that makes it very hard for the other person to

---

https://www.toyota.com/t3Portal/document/omnav-s/OM0C003U/pdf/OM0C003U.pdf (accessed 7/108/19); 2019 Toyota Tundra Navigation and Multimedia System Owner's Manual, at 153, *available at* https://www.toyota.com/t3Portal/document/omnav-s/OM0C019U/pdf/OM0C019U.pdf (accessed 7/10/19).

[88] https://www.cio.com/article/2383143/toyota-goes-all-in-with-social-media-monitoring.html (accessed 3/29/21).

[89] *Id.*

[90] *Id.*

**COMPLAINT**

1          hear me. Has anyone figured out how to solve this problem?[91]

2          50.     The website indicates that 958 people had a similar question.

3          51.     The first response to the question, posted on January 10, 2017, directs the

4   consumer to contact the car stereo manufacturer.[92]

5          52.     Other Toyota owners made similar complaints and indicated that they alerted

6   Toyota of the Echo Defect, and Toyota was unable to fix it:

7                  [April 3, 2017]
                   I have the same issue with my 2015 Toyota highlander- it
8                  started about 3 months ago- - *went to Toyota*- they updated the
                   software on Highlander. Unpaired and re-paired IOS device
9                  and Highlander Bluetooth-updated IOS-reset network settings-
                   *still have issue*--turning down sound in car helps somewhat but
10                 still echo.[93]

11                 [December 6, 2017]
                   I also have the problem using bluetooth in my 2015 toyota
12                 highlander only in the last couple months. *Toyota suggested*
                   turning volume down that seemed to help. I tried bluetooth
13                 phone call with older iPhone and also got the problem making
                   me think it is a problem with the car bluetooth connections or
14                 volume - not the phone?? Open to all solutions.[94]

15         53.     Other similar complaints and indications that customers contacted Toyota

16  about the Echo Defect are found on other forums, including a website called

17  TOYOTANATION.com, which has various threads regarding the Echo Defect:

18                 [October 26, 2017]
19                 Just got my '18 Camry XLE, and am having MAJOR issues
                   with the 'echoback' . . . .
20
                   I wrote a note to Toyota but who knows when/if it will be
21                 answered... this is unacceptable. iPhone 8s are out now -
                   wonder how they are doing with this system?[95]
22
23                 [November 28, 2017]
                   We also all need to keep calling Toyota and have them register

24  _____

25         [91] https://discussions.apple.com/thread/7820825 (accessed 3/23/21).

26         [92] *Id.* (click "Helpful Answers" then "All replies") (accessed 3/23/21)

27         [93] *Id.* (emphasis added).

           [94] *Id.*
28
           [95] https://www.toyotanation.com/threads/severe-echo-on-phone-calls-receive-side-only.1530186/
    (accessed 3/23/21).

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

the complaint.[96]

> [April 2, 2018]
> I told the dealer about the Bluetooth echo issue a couple of months ago. . . . [Later] I called from the car to Toyota headquarters and let them here it first hand. I then called the dealer ship and let the customer service rep hear it first hand. The service manager finally calls me back hours later and says he is looking into it and will call me back tomorrow. I told him when he does I will talk to him from the car so he can hear it . . . .[97]

> [May 8, 2018]
>  . . . .The echo was so bad I called and complained. . . .[98]

> [October 24, 2018]
> I've been experiencing this [echo] on my 2018 Toyota Highlander. I've tried various phone settings, taken it to the dealership, they monkeyed with the settings gave it back to me, still a horrible echo. . . . I called Toyota and they opened a case for me. They need to fix this.[99]

**C.      Toyota's Knowledge of the Echo Defect Evidenced by Its 2017 Technical Service Bulletin.**

54.      On December 1, 2017, Toyota Sales issued a Technical Service Bulletin (TSB) related to the Echo Defect in the 2018 Camry and Camry HV models (the "2017 TSB").[100]

55.      In the 2017 TSB, Toyota acknowledged the Echo Defect and initiated an exchange program to replace the head units, but limited the replacement only to the 2018 Camry and Camry HV:

> Some 2018 model year Camry and Camry HV vehicles may exhibit a condition where the incoming caller will hear an echo during a Bluetooth call through the head unit. This applies to

---

[96] https://www.toyotanation.com/threads/severe-echo-on-phone-calls-receive-side-only.1530186/page-2 (accessed 3/23/21).

[97] https://www.toyotanation.com/threads/tsb-032217-bluetooth-echo-2018-camry-xse-jbl-premium-replaces-the-head-unit-by-dealer.1597506/ (accessed 3/23/21)

[98] https://www.toyotanation.com/threads/severe-echo-on-phone-calls-receive-side-only.1530186/page-2 (accessed 3/23/21).

[99] https://www.toyotanation.com/threads/tsb-032217-bluetooth-echo-2018-camry-xse-jbl-premium-replaces-the-head-unit-by-dealer.1597506/page-4 (accessed 3/23/21).

[100] The 2017 TSB is available at https://static.nhtsa.gov/odi/tsbs/2017/MC-10131627-9999.pdf (accessed 3/23/21).

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

Panasonic head units equipped with JBL. Updated head units are available through the exchange program to address this condition. Follow the Repair Procedure in this bulletin to address this condition.[101]

56.     Toyota's replacement of its head units per the 2017 TSB appears to have resolved the Echo Defect for 2018 Camry owners:

[April 19, 2018]
Had a 4 PM appointment to replace the radio on the XSE. . . . Radio replaced and I was back on my way by 5:30 PM.

I did NOT leave the dealership right away. I sat there and confirmed the phone was fixed, placing several calls to different people with iPhone and Android cell phones as well as land lines. The echo is non-existent, so the fix works.

[April 27, 2018]
I went in today to have [the head unit] replaced, and after install, all issues are resolved! No echo, confirmed with two separate callers at volumes higher than 45/50. Bluetooth audio works exactly as intended.

[May 29, 2018]
SEVEN months of drama, and I finally have a new head unit. I made 1 call and received 3 on my drive home from the dealer.

NO MORE ECHO!

[June 17, 2018]
Had mine replaced no more echo and better sounding radio

[February 15, 2019]
Got my new head unit installed Monday. The issue is GONE!!! Bluetooth works perfectly and my call quality is great.[102]

57.     Toyota's knowledge of the Echo Defect is evidenced by the 2017 TSB.

**D.   Toyota's Knowledge of the Echo Defect Evidenced by Its 2018 and 2020 "Tech Tips," Which Fail to Provide an Adequate Fix to the Echo Defect**

58.     Despite the apparent success of the 2018 Camry replacement program provided by the 2017 TSB, Toyota did not expand the replacement program to any of the other Class Vehicles.

---

[101] *Id.*

[102] https://www.toyotanation.com/threads/tsb-032217-bluetooth-echo-2018-camry-xse-jbl-premium-replaces-the-head-unit-by-dealer.1597506/ (Pages 2-5) (accessed 3/23/21).

Page 34

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

59.     Instead, Toyota prepared a "Tech Tip" dated March 9, 2018, with the subject "Bluetooth Hands Free Call Echo."[103]

60.     The "Tech Tip" states that it applies to the following "Applicable Vehicles": 2016-2018 Highlander; 2017-2018 Avalon; 2016-2018 Sienna; 2016-2018 Prius V; 2016-2018 Tacoma; 2016-2018 Sequoia; 2016-2018 Prius; 2016-2018 Tundra; 2017-2018 Avalon HV; 2018 Yaris; 2017-2018 4Runner; 2016-2018 Highlander HV.

61.     In the "Tech Tip," Toyota states: "Some customers may experience echoing on the line calling the vehicle when using Bluetooth Hands Free.  This is caused by the phone Hands Free volume being too low.  These settings may need to be reapplied any time the phone is paired to a new head unit, a phone update is applied, or the phone is un-paired and re-paired."  The "head unit" is the component of the Bluetooth system located in the dashboard.

62.     This "Tech Tip" makes the following recommendation: "Initiate a phone call and increase the volume on the phone to max volume using the volume up button on the side of the phone, then lower the head unit volume to 45 or lower."

63.     On November 19, 2020, Toyota published another "Tech Tip" with the subject "Bluetooth Hands Free Call Echo."  This "Tech Tip" repeated the conditions and recommendations from the first "Tech Tip," and added the 2019 models of the Toyota Tacoma, 4Runner, Prius, Highlander, Highlander HV, Tundra, Sienna, and Sequoia.[104]

64.     While the "Tech Tips" specify which volume control to lower, altering the volume on the phone or head unit is not an actual fix of the Echo Defect, as it does nothing to solve the underlying problem in the hands-free phone system.

65.     Moreover, following the "Tech Tip" recommendation means the volume on the head unit must be lowered to such a low level that it can be difficult or impossible for the Toyota driver to hear the call, especially where there is background road noise.

[103] *See* Ex. A.

[104] *Available at* https://static.nhtsa.gov/odi/tsbs/2020/MC-10184555-9999.pdf (accessed 3/18/21).

**COMPLAINT**

66.     Toyota had been providing the same recommendation prior to publishing the "Tech Tip" despite complaints saying that turning the volume below 45 did not eliminate the echo and could result in not being able to hear the caller while in the car:

#9  •  Oct 26, 2017

**45 to MAX**

djoyce101 said: ⊕

Its a known issue, Toyota's current work around is to keep the volume below 45. They are expecting a software update to correct it in a few weeks.

Hope that fixes the issue! The problem is - having the volume below 45, I can't hear the caller - I have to have it on MAX :crying:

[October 30, 2017]
When the volume is turned down, I cannot hear incoming conversation. When it is turned up, it echoes back (severely) to the person calling my car. . . .

We've had the issue on two Camrys now... my wife's older one and my new one - and it did the same thing whether we were using Blackberries or iPhones.

[November 28, 2017]
Maxing out the in-call volume and keeping the speaker volume to 46 seems to reduce echo significantly, but not eliminate it completely. Still waiting for a TSB to drop on this subject...[105]

67.     Furthermore, if the driver followed the "Tech Tip" while driving the vehicle, it would be difficult, dangerous, and if the driver were in California and many other parts of the United States, illegal.

68.     That is because the instructions require the driver to adjust the volume of the phone *after* the call is initiated.  The driver would therefore have to find the phone, pick it up and adjust the volume while driving, resulting in a dangerous distraction.

69.     Furthermore, since July 1, 2011, it has been illegal in California to use a hand-held wireless telephone, other than in hands-free or voice-operated mode, while operating a motor vehicle on a roadway.  *See* Cal. Veh. Code §§23123, 23123.5.

---

[105] https://www.toyotanation.com/threads/severe-echo-on-phone-calls-receive-side-only.1530186/ (accessed 3/23/21); https://www.toyotanation.com/threads/severe-echo-on-phone-calls-receive-side-only.1530186/page-2 (accessed 3/23/21).

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

70.     Twenty-four other states, the District of Columbia, Puerto Rico, Guam and the U.S. Virgin Islands also prohibit all drivers from using hand-held cellphones while driving, according to the National Conference of State Legislatures.[106]

71.     Therefore, in those jurisdictions, including California, a driver of a Class vehicle could not legally make or receive a telephone call while operating the vehicle using Toyota's purported "fix" for the Echo Defect because he or she could not do so without holding and adjusting the phone.

72.     The "Tech Tips" do not provide an adequate fix to the Echo Defect, but both evidence Toyota's knowledge of the Echo Defect.  Because, as Toyota acknowledges, changing the volume on the head unit can reduce the echo on the other end of the phone call, there is no question that the Echo Defect results from a design and/or manufacturing defect in Toyota's hands-free phone system, and not in either persons' phone.

**The Echo Defect is a Material Fact that Toyota Failed to Disclose**

73.     As set forth above, Toyota was aware of the Echo Defect in its vehicles since at least 2007.

74.     Even if Toyota had been unaware of the Echo Defect, which it was not, the Echo Defect would have been known to it upon reasonable inquiry.  As shown by its Owner's Manuals and Navigation Owner's Manuals, testing the hands-free phone systems in its vehicles for the existence of an echo is an act that Toyota performs.

75.     The existence of the Echo Defect is a material fact, because a reasonable consumer would likely consider it important to know, when purchasing or leasing a vehicle, that the hands-free phone system in the vehicle results in the person on the other end of a phone call hearing a severe echo when he or she speaks, so that the hands-free phone system is not usable.

76.     Furthermore, the existence of the Echo Defect is also a material fact because a reasonable consumer would likely be induced to change his or her decision to purchase or

ARIAS SANGUINETTI WANG & TORRIJOS LLP

---

[106] https://www.ncsl.org/research/transportation/cellular-phone-use-and-texting-while-driving-laws.aspx (accessed 3/19/2021).

**COMPLAINT**

lease one of Toyota's vehicles based on knowing that the hands-free phone system in that vehicle results in the person on the other end of a phone call hearing a severe echo when he or she speaks, so that the hands-free phone system is not usable

77.     Although it has known about the Echo Defect since at least 2007, Toyota failed to inform Plaintiff and Class Members of the Echo Defect prior to their purchases or leases of Toyota's vehicles and has failed to repair Plaintiff's and Class Members' vehicles to alleviate the Echo Defect.

78.     For example, despite having a webpage specifically entitled "*Bluetooth Support*," Toyota failed to make any disclosure relating to the Echo Defect on this webpage.

79.     In the unlikely event that a consumer viewed one of Toyota's Owner's Manuals or Navigation Owner's Manual prior to buying or leasing one of Toyota's vehicles (and managed to find the references to an echo set forth above after making his or her way through hundreds of pages), he or she still would not have received sufficient information regarding the Echo Defect to be adequately informed.  While the Owner's Manual references evidence Toyota's knowledge of the Echo Defect, they do not adequately describe the severity of the Echo Defect, such that a reasonable consumer would understand that the Echo Defect makes the hands-free phone system virtually unusable.  Nor does the information in the manual specify which volume control to keep down—the phone's volume setting or the vehicle's volume setting.

80.     Toyota also did not make any disclosures relating to the Echo Defect on its webpage with the headline "Drive Safely with Hands Free In-Car Navigation & Calling," or on any other easily accessible webpage specifically relating to its Bluetooth hands-free system.

81.     Nor did Toyota notify its dealers that they should inform potential purchasers of the Class Vehicles about the Echo Defect prior to selling a vehicle.

**COMPLAINT**

82.    When Toyota did acknowledge the Echo Defect in 2017, it limited its hardware/software replacement program only to the 2018 Toyota Camry and 2018 Toyota Camry HV models.

83.    Toyota should have disclosed to consumers, and directed its dealers to disclose to consumers, that when the driver of a Class Vehicle uses the Bluetooth hands-free phone system to make or receive a phone call, the person on the other end of the phone call will hear an echo of his or her own words.  Toyota also should have disclosed, and directed its dealers to disclose, the severity of the echo, so that consumers would understand that the Echo Defect prevents them from being able to carry on a conversation.

84.    Toyota should also have disclosed to consumers, and directed its dealers to disclose to consumers, that, although there is a workaround for that problem, using that workaround while driving would be difficult, dangerous and illegal in California and many other parts of the United States.

85.    By failing to make adequate disclosures on its webpages or other materials provided to consumers, and by failing to direct its dealers to make these disclosures, Toyota prevented consumers from learning about the existence and nature of the Echo Defect prior to their purchases or leases.

86.    As a result, Toyota obtained money from consumers through their purchases or leases of Class Vehicles in transactions in which Class Members lacked material information relevant to their purchases or leases.

87.    Plaintiff and Class Members have been damaged by Toyota's conduct and omissions because they purchased or leased a Class Vehicle of a quality different than promised and, in some instances, have been charged to correct the Echo Defect.

### Toyota Modifies Bluetooth Software in New Toyota Models

88.    Beginning with certain 2019 models of the Class Vehicles, and in all 2020 models, Toyota began offering Class Vehicles with Apple CarPlay hardware and software ("Apple CarPlay").[107]

---

[107] https://www.apple.com/ios/carplay/available-models/ (accessed 3/19/21).

ARIAS SANGUINETTI WANG & TORRIJOS LLP

89.     Upon information and belief, phone calls made via Apple CarPlay do not manifest the Echo Defect.

90.     A Class Vehicle cannot be retrofitted with Apple CarPlay without first purchasing the Apple CarPlay hardware and software, and the system should be installed by a professional.

91.     Toyota has not initiated any corrective campaign to retrofit Class Vehicles with Apple CarPlay.

**Plaintiff's Experience**

92.     By at least January 2019, Toyota knew that its 2018 Toyota Highlander Hybrid models utilized the same Entune Bluetooth hands-free hardware and software as the 2017 Toyota Highlander Hybrid models and that no modifications had been made to the system to correct the Echo Defect.

93.     In April of 2018, Plaintiff purchased a 2018 Toyota Highlander Hybrid from Fremont Toyota, in Fremont, California ("Plaintiff's Vehicle").

94.     Plaintiff's Vehicle does not have Apple CarPlay.

95.     Plaintiff purchased Plaintiff's Vehicle not for resale in the ordinary course of its business, but for his use.  Namely, Plaintiff's Vehicle was to be driven by Glenn Kesselman.

96.     Prior to purchasing Plaintiff's Vehicle, Glenn Kesselman was aware that the vehicle included a Bluetooth hands-free phone system.  Before the purchase he spent time searching on Toyota's website, including reading the sections of its website relating to the 2018 Toyota Highlander Hybrid.  Glenn Kesselman saw representations on Toyota's website and in its marketing materials that its 2018 Toyota Highlander Hybrid included, or had the option to include, hands-free phone systems, but there was no mention of the systems' Echo Defect.  He was also told by the salesperson at Fremont Toyota prior to leasing the vehicle that the vehicle included a Bluetooth hands-free phone system but was not told about the Echo Defect.

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

ARIAS SANGUINETTI WANG & TORRIJOS LLP

97.     Kesselman expected that the Bluetooth hands-free phone system in his 2018 Toyota Highlander Hybrid would function properly and would be free of defects.

98.     The inclusion of the Bluetooth hands-free phone system in Plaintiff's Vehicle was material to Plaintiff Kesselman, who often must make and receive phone calls while driving.  As set forth above, California law prohibits using a cell phone without a hands-free device while driving.

99.     Kesselman was not aware of the Echo Defect, and was not made aware of the Echo Defect by Toyota, prior to purchasing Plaintiff's Vehicle.

100.    Because of the undisclosed defect, Plaintiff's Vehicle was worth less than what it actually paid for them.

101.    Had Plaintiff been aware of the defect, he could have obtained a better price in the marketplace.

102.    After Plaintiff purchased Plaintiff's Vehicle, when Kesselman used the vehicles' hands-free phone system to make or receive calls, he was repeatedly told by the other participants in the calls that the other participants heard their own words echo back to them.

### Toyota's Practices are Unethical and Violated Established Ethical Standards

103.    Toyota's practice of selling or leasing vehicles with defective hands-free phone systems as described herein, without disclosing the defect prior to the time of sale or lease to consumers, as alleged herein, violates generally accepted ethical principles of business conduct.

104.    The basis for the allegation that it was unethical to engage in the above practices comes, in part, from established ethical principles recognized by the Direct Marketing Association ("DMA"), the leading industry association for companies that, like Toyota, market directly to consumers, and the American Marketing Association, "the leading organization for marketers [and] the trusted go-to resource for marketers and academics."[108]

---

[108] https://www.crunchbase.com/organization/american-marketing-association#section-overview

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP

### A.     DMA Ethical Guidelines

105.    DMA published principles of ethical business practices in Direct Marketing Association's Guidelines for Ethical Business Practices ("DMA Ethical Guidelines") (2014), Exhibit B, which is incorporated herein by reference.

106.    These Ethical Guidelines "are intended to provide individuals and organizations involved in direct marketing in all media with generally accepted principles of conduct." *Id*. at 2.

107.    The Ethical Guidelines apply to all marketers, not just those that belong to DMA. DMA states that they "reflect DMA's long-standing policy of high levels of ethics and the responsibility of the Association, its members, *and all marketers* to maintain consumer and community relationships that are based on fair and ethical principles." *Id*. (emphasis added).

108.    DMA's Ethical Guidelines are set forth in a series of "Articles," each of which states a separate ethical principle.

109.    Article #1 of DMA's Ethical Guidelines is "HONESTY AND CLARITY OF OFFER." It states: "All offers should be clear, honest and complete so that the consumer may know the exact nature of what is being offered . . . . "

110.    By not giving potential purchasers or lessees any information about the Echo Defect prior to their purchase or lease of a Toyota vehicle, Toyota violated this principle because their offer was not clear, honest and complete.

111.    Article #2 of DMA's Ethical Guidelines is "ACCURACY AND CONSISTENCY." It states: "Simple and consistent statements or representations of all the essential points of the offer should appear in the promotional material. The overall impression of an offer should not be contradicted by individual statements, representations or disclaimers."

112.    DMA has published a companion volume to its Ethical Guidelines called *Do the Right Thing: A Companion to DMA's Guidelines for Ethical Business Practice* (Revised

(accessed 7/2/2019).

**COMPLAINT**

1  January 2009) ("*Do the Right Thing*"), Exhibit C, incorporated herein by reference.  That

2  volume is intended to "give [] direct marketers advice on how to assure their business

3  practices comply with" the Ethical Guidelines.  *Do the Right Thing* at 2.

4      113.    In *Do the Right Thing*, DMA elaborates on Article #2 of its ethical

5  principles.  It states, "Keep in mind that a disclaimer or disclosure alone usually is not

6  enough to remedy a misleading or false claim."

7      114.    By not including any information about the Echo Defect in material that it

8  made available to consumers prior to their purchases or leases of Toyota's vehicles, Toyota

9  violated the ethical principle in DMA's Article #2 because the information Toyota provided

10  did not contain all the essential points of the offer.  It omitted the point that many of its

11  vehicles contain the Echo Defect, which it waited to inform purchasers or lessees of until

12  after they had purchased or leased their vehicles.

13      115.    In July 2018, DMA (then going by the name "Data & Marketing

14  Association") was acquired by the Association of National Advertisers ("ANA"), "one of

15  the oldest and most venerated trade association in the marketing industry."[109]  ANA

16  adopted DMA's Ethical Guidelines, which it publishes on its web site as Part II of its

17  Member Principles under the heading, "Marketing."[110]  Thus, these ethical principles are

18  still current and applicable.

19                      **B.    AMA Statement of Ethics**

20      116.    The American Marketing Association ("AMA") "commits itself to promoting

21  the highest standard of professional ethical norms and values . . . ."  Exhibit D.[111]  As such,

22  it has published its "Statement of Ethics."  *Id.*  AMA states that "marketers are expected to

23  embrace the highest professional ethical norms and the ethical values implied by our

24  responsibility toward multiple stakeholders (e.g., customers . . . .)."  *Id.*  Thus, the

---

[109] https://www.ana.net/content/show/id/49074 (accessed 7/2/2019).

[110] https://thedma.org/accountability/ethics-and-compliance/dma-ethical-guidelines/ (accessed 7/2/2019)

[111] *Available at* https://www.ama.org/codes-of-conduct/ (accessed 7/2/2019).

**COMPLAINT**

Statement of Ethics contains "Ethical Norms," which "are established standards of conduct that are expected and maintained by society and/or professional organizations." *Id.*

117.    The AMA's Ethical Norms state that marketers must "consciously avoid [] harmful actions and omissions," "striv[e] for good faith and fair dealing," "avoid [] deception in . . . pricing, communication, and delivery of distribution," and affirm "core values" of honesty, . . . fairness [and] transparency."

118.    By not including any information about the Echo Defect in material that it made available to consumers prior to their purchases or leases of Toyota's vehicles, Toyota violated these Ethical Norms because, among other reasons, it did not strive (or achieve) good faith and fair dealing, did not avoid deception in communication, and did not affirm the core values of honesty, fairness and transparency.

119.    The AMA has also published "Ethical Values," which "represent the collective conception of what communities find desirable, important and morally proper." *Id.* AMA states that marketers' Ethical Values include honesty, meaning "[s]triv[ing] to be truthful in all situations and at all times" and "[h]onoring our explicit and implicit commitments and promises."

120.    Another Ethical Value, according to the AMA, is fairness, which includes "[r]epresent[ing] products in a clear way in selling, advertising and other forms of communication," "avoid[ing] false, misleading and deceptive promotion," and "[r]efusing to engage in 'bait-and-switch' tactics." *Id.*

121.    Yet another Ethical Value, according to the AMA, is "Transparency," which includes "[s]triv[ing] to communicate clearly with all constituencies." *Id.*

122.    By not disclosing any information regarding the Echo Defect in material that it made available to consumers prior to their purchases or leases of Toyota's vehicles, Toyota violated these Ethical Values, because, among other reasons, it was not truthful (to say nothing of not striving to be truthful) in all situations, did not honor its explicit and implicit commitments and promises, did not represent its products in a clear way, did not avoid false, misleading and deceptive promotion, and did not communicate clearly.

**COMPLAINT**

**FIRST CAUSE OF ACTION**

**FOR UNFAIR COMPETITION**

**[*Business & Professions Code* §§ 17200, *et seq.*]**

**(By Plaintiff and the Plaintiff Class Against all Defendants)**

124.    Plaintiff realleges and incorporates by reference, as though fully set forth herein, paragraphs 1 through 123, inclusive, of this Complaint.

125.    Plaintiff brings this claim individually and on behalf of the members of the Class against Defendants under California law.

126.    Plaintiff has standing to pursue this cause of action as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as delineated herein.

127.    California's Unfair Competition Law ("UCL"), California Business and Professions Code sections 17200, et seq., defines unfair business competition to include any "unlawful, unfair or fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising.

128.    Defendants' scheme, as delineated herein, constitutes unlawful, unfair, or fraudulent business practices in violation of the UCL.

129.    Defendants' business practices, as alleged herein, violate the "unfair" prong of the UCL because: (i) the utility of Defendants' scheme is significantly outweighed by the gravity of the harm the scheme imposes on Plaintiff and the Class; (ii) the injury suffered by Plaintiff and the Class as a result of Defendants' scheme is not one that Plaintiff and the Class could have reasonably avoided; and (iii) Defendants' scheme runs counter to legislatively declared and public policy.

130.    Further, an unfair business practice under the UCL "is one that either 'offends an established public policy' or is 'immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers.'" *Evenchik v. Avis Rent A Car Sys., LLC*, 2012 WL 4111382, at *8 (S.D. Cal. Sept. 17, 2012) *(quoting McDonald v. Coldwell Banker*, 543 F.3d

498, 506 (9th Cir.2008) (quoting *People v. Casa Blanca Convalescent Homes, Inc.,* 159 Cal.App.3d 509, 530, 206 Cal.Rptr. 164 (1984)).

131.   Defendants' business practices, as alleged herein, violate the "unlawful" prong of the UCL because they constitute a violation of the Consumer Legal Remedies Act.

132.   Defendants' business practices, as alleged herein, violate the "fraudulent" prong of the UCL because they are likely to deceive a reasonable consumer.  Specifically, Defendants have violated the "fraudulent" prong of the UCL by failing to disclose to Plaintiff and the Class prior to their purchases or leases: (a) that when the driver of a Class Vehicle uses the Bluetooth hands-free phone system to make or receive a phone call, the person on the other end of the phone call will hear an echo of his or her own words; and (b) the severity of the echo, so that consumers would understand that the echo defect prevents them from being able to carry on a conversation.

133.   Accordingly, Defendants violated, and continues to violate the UCL's proscription against engaging in unlawful business acts or practices.

134.   As a direct and proximate result of Defendants' unlawful, unfair, and fraudulent business practices, Plaintiff and the Class have suffered injury in fact and lost money or property, in that they paid for a Bluetooth Hands-free phone system which was defective and did not perform as was represented.

135.   Pursuant to California Business and Professions Code section 17203, Plaintiff and the Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those acts set forth in the complaint.

136.   Plaintiff and the Class also seek an order requiring Defendants to make full restitution of all monies they wrongfully obtained from Plaintiff and the Class.

WHEREFORE, Plaintiff and the Class pray judgment against Defendants as hereafter set forth.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE CONSUMERS LEGAL REMEDIES ACT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIAS SANGUINETTI WANG & TORRIJOS LLP**

[*Civil Code* §§ 1750, *et seq.*]

**(By Plaintiff and the Plaintiff Class Against all Defendants)**

137.    Plaintiff realleges and incorporates by reference, as though fully set forth herein, paragraphs 1 through 135, inclusive, of this Complaint.

138.    This cause of action is brought pursuant to the Consumers Legal Remedies Act, Civil Code sections 1750, et seq. (the "CLRA") because Defendants' actions and conduct described herein constitute transactions that have resulted in the sale or lease of goods or services to consumers.

139.    Plaintiff brings this claim individually and on behalf of the members of the Class against Defendants under California law.

140.    Plaintiff and each member of the Class are consumers as defined by section 1761(d) of the Civil Code.

141.    The vehicles, including the Bluetooth hands-free phone system, sold and leased by Defendants are "goods" as defined in section 1761(a) of the Civil Code.

142.    Defendants violated the CLRA in at least the following respects:

- In violation of section 1770(a)(5), representing that the Class Vehicles have characteristics, uses, and/or benefits that they do not have;

- In violation of section 1770(a)(7), representing that the Class Vehicles are of a particular standard, quality, or grade when they are of another;

- In violation of section 1770(a)(9), advertising goods with intent not to sell them as advertised;

- Inserting an unconscionable provision in the contract; and

- Concealing, omitting, and/or suppressing material facts regarding the Echo Defect for the Class Vehicles so as to create a likelihood of confusion or misunderstanding.

143.    Defendant's practices violate subparagraph (19) because they are unconscionable in that they violate established ethical standards.

**COMPLAINT**

144. Defendants knew, or should have known, that their representations and advertisements were false and misleading.

145. Plaintiff and the other Class members have suffered damages as a direct and proximate result of Defendants' actions in violation of the CLRA.

146. Plaintiff, on behalf of himself and for all similarly situated, seeks an order from this Court under section 1780(a)(2) of the Civil Code enjoining Defendants from continuing to engage in the practices set forth in this Complaint and a declaration that Defendants' conduct violates the CLRA.

147. Plaintiff is not presently seeking compensatory or exemplary damages, pursuant to sections 1780 and 1782(b) of the Civil Code. Plaintiff, however, will be serving Defendants, in accordance with section 1782(a) of the Civil Code, with notice of Defendants' alleged violations of the CLRA by certified mail, return receipt requested. If Canteen fails to provide appropriate relief for its violations of the CLRA within 30 days of Plaintiff's notification letter, Plaintiff will seek to amend this complaint to seek compensatory and exemplary damages, pursuant to sections 1780 and 1782(b) of the Civil Code.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of all others similarly situated, respectfully request that the Court enter judgment against Defendants, as follows:

1. An order certifying appropriate classes and/or subclasses, designating Plaintiff as the class representatives and his counsel as class counsel;

2. An order enjoining Defendants from continuing to engage in the practices complained of herein;

3. An award of restitution, damages, and disgorgement to Plaintiff and the Class in an amount to be determined at trial;

4. An order requiring Defendants to pay both pre- and post-judgment interest on any amounts awarded, as allowed by law;

5. An award of costs and attorneys' fees, as allowed by law; and

**COMPLAINT**

1          6.       Such other or further relief as may be appropriate.

2

3

4     Dated: June 16, 2021                    **ARIAS SANGUINETTI WANG
                                                  & TORRIJOS LLP**
5

6                                          By:
                                              _____
7                                             MIKE ARIAS
                                              CRAIG S. MOMITA
8                                             ROBERT M. PARTAIN

9                                             Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiffs and the other members of the Class hereby demand a trial by jury on all claims so triable.

Dated: June 16, 2021

        **ARIAS SANGUINETTI WANG**
          **& TORRIJOS LLP**

By: _____
      MIKE ARIAS
      CRAIG S. MOMITA
      ROBERT M. PARTAIN

      Attorneys for Plaintiff

**COMPLAINT**

ARIAS SANGUINETTI WANG & TORRIJOS LLP