1  Mark D. Campbell (SBN 180528)
   mcampbell@shb.com
2  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
3  Rachel A. Straus (SBN 268836)
   rstraus@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
5  Los Angeles, California 90067
   Telephone:  424.285.8330
6  Facsimile:   424.204.9093

7  Attorneys for Defendants
   TOYOTA MOTOR SALES, U.S.A., INC.,
8  TOYOTA MOTOR NORTH AMERICA, INC.
   and TOYOTA MOTOR ENGINEERING &
9  MANUFACTURING NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN KESSELMAN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TOYOTA MOTOR NORTH AMERICA, INC., a California corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a foreign corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-6010<br><br>**DECLARATION OF AUDREY MITO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>*[Filed concurrently with Notice of Removal, Civil Case Cover Sheet, and Notice of Interested Parties and Corporate Disclosure Statement]* |

DECLARATION OF AUDREY MITO

I, Audrey Mito, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto if called upon to do so.

2. This declaration is based upon my personal knowledge of the facts stated herein as a result of my employment at Toyota, except to those matters stated on information and belief, and, as to those matters, I believe them to be true. If called upon as a witness, I could and would competently testify thereto under oath. I submit this declaration in support of the Notice of Removal of Defendants Toyota Motor Sales, U.S.A., Inc. ("TMS"), Toyota Motor North America, Inc. ("TMNA"), and Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), (collectively "Toyota").

3. I am a Senior Manager for Vehicle Distribution in the Demand and Supply Management Division of Defendant, Toyota—specifically, TMS. I have been employed at Toyota since 1990. As part of my job responsibilities, I have access to, and personal knowledge of, the total number of new 2014-2019 model year Toyota vehicles sold in the State of California—namely, those identified as "Class Vehicles" in Plaintiff's Class Action Complaint ("Complaint").

**Total Sales of Class Vehicles in State of Complaint (2014-2019)**

4. I am informed that Plaintiff's Complaint identifies the following vehicles, as "Class Vehicles":  4Runner, Avalon, Avalon HV, Camry, Camry HV, Highlander, Highlander HV, Prius, Prius V, Sequoia, Sienna, Tacoma, Tundra, and Yaris.  Exhibit A, ¶ 18. I am further informed that the model years at issue (based on the allegations in Paragraph 60 of Plaintiff's Complaint) are 2014 to 2019 model years.

5. Based on my analysis of available data maintained in the ordinary course of Toyota's business, below is a chart setting forth Toyota's total retail sales of model year 2014 to 2019 Class Vehicles sold or leased in the State of California through July

20, 2021, not counting fleet vehicles.

| Model | Units Sold/Leased in California |
|---|---|
| 4Runner | 56,427 |
| Avalon | 12,635 |
| Avalon HV | 5,570 |
| Camry | 312,838 |
| Camry HV | 37,098 |
| Highlander | 116,580 |
| Highlander HV | 13,988 |
| Prius/Prime | 111,686 |
| Prius V | 15,495 |
| Sequoia | 6,668 |
| Sienna | 67,926 |
| Tacoma | 213,211 |
| Tundra | 86,658 |
| Yaris | 8,575 |
| **Total Units** | **1,065,355** |

### Bluetooth "Hands-Free Phone System"

6. Plaintiff's Class Action Complaint alleges that the hands-free phone systems in the Class Vehicles are defective. I can confirm that manufacturer's suggested retail price for the parts alone to replace the allegedly defective hands-free phone system exceed $100.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23 day of July, 2021, in The Colony, Texas.

*/s/ Audrey Mito*
Audrey Mito