NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN KESSELMAN, an individual, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TOYOTA MOTOR NORTH AMERICA, INC., a California corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a foreign corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 2:21-cv-06010-AB (JCx)<br><br>**ORDER DENYING REQUEST FOR STATUS CONFERENCE, DENYING DEFENDANTS' TWO MOTIONS WITHOUT PREJUDICE, AND SETTING DEADLINE FOR JOINT STATUS REPORT** |

1.

      The Court has considered the Parties' Joint Status Report and Stipulated Request to Convert December 17, 2021 Scheduling Conference to Status Conference, and hereby **DENIES** the Parties' request for a status conference, **DENIES** Defendant's Motion to Dismiss (Dkt. No. 14), **without prejudice**, and **DENIES** Defendant's Motion to Compel (Dkt. No. 15), **without prejudice**. The associated hearings, set for December 17, 2021, are **vacated**.

      Since the parties are taking steps toward filing a consolidated complaint in this Court, the above Motions are dismissed without prejudice, subject to re-filing if the attempt to consolidate fails.

      The Parties shall **file a joint status report** by **January 7, 2022**, updating the Court on the status of this case.

Dated: December 2, 2021      _____
                                          HONORABLE ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT JUDGE