UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN KESSELMAN, an individual, on behalf of himself and all others similarly situated, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TOYOTA MOTOR NORTH AMERICA, INC., a California corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a foreign corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case Nos.: 2:21-cv-06010-AB (JCx)<br>　　　　　　2:22-cv-00863-AB (JCx)<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE ACTIONS** |

The parties have filed a Stipulation to Consolidate Actions ("Stipulation"), (Dkt. No. 65), requesting that the following two cases be consolidated: *Glenn Kesselman v. Toyota Motor Sales, U.S.A., Inc. et al.*, 2:21-cv-06010-AB (JCx) ("*Kesselman*") and *Terry Freeman et al. v. Toyota Motor Sales U.S.A., Inc. et al.*, 2:22-cv-00863-AB (JCx) ("*Freeman*"). Good cause having been shown, the Court hereby **ORDERS** as follows:

    1.    Pursuant to Federal Rule of Civil Procedure 42(a), the Court hereby consolidates the above-referenced matters for all purposes, including trial. See, e.g., *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777 (9th Cir. 1989) (Under Federal Rule of Civil Procedure 42(a), a district court has broad discretion to consolidate two or more separate actions that involve a common question of law or fact). For ease of record keeping, the court **ORDERS** that all further documents and proceedings occur under **Case No. 2:21-cv-06010-AB (JCx)** and that Case No. 2:22-cv-00863-AB (JCx) be administratively closed. **<u>Counsel are directed to file all further documents under Case No. 2:21-cv-06010-AB (JCx) only.</u>** The documents should utilize the caption of the original filed case to which they relate. Furthermore, plaintiffs are **ORDERED** to file an **AMENDED** consolidated complaint no later March 25, 2022.

    2.  Previously served discovery in the *Freeman* action, including document productions and expert discovery, may be used in the consolidated action. Additional discovery shall proceed on a single track as between Defendants and all Plaintiffs to eliminate the need to duplicate requests, responses, depositions, and document productions. *Freeman* expert discovery shall not proceed independently of that in *Kesselman*, so that the consolidated action shall rely on the same experts, reports, and schedule. *Freeman* shall follow the same Order re: Jury/Court Trial and Order Setting Briefing Schedule re: Class Certification entered by the Court in *Kesselman* on January 18, 2022 (Dkt. Nos. 53, 54). Plaintiffs shall file a single motion for class

certification in the consolidated action that encompasses the claims in both *Freeman* and *Kesselman*.

      3.     The prior order on Defendants' motion to dismiss issued by the Court in *Freeman* (Dkt. Nos. 34, 35) shall be law of the case in *Freeman* only.

      4.     Defendants' discovery responses in *Freeman*, including Defendants' document productions, shall be supplemented in the consolidated action only to the extent necessary to address the specific Plaintiffs and the states that are at issue in the consolidated action. Search terms the parties agreed to in *Freeman* shall not be modified in the consolidated action absent further agreement between the parties. If any additional written or oral discovery against Defendants is necessary, it will be coordinated and conducted through the consolidated action.

      5.     The parties shall file the Stipulated Protective Order, Stipulated Order Regarding Electronically Stored Information, and Stipulated Order Regarding the Disclosure of Privileged Information submitted in *Freeman*, (attached to the Stipulation as Exhibits 1–3 and appearing in *Freeman* at Dkt. Nos. 52–54), in the consolidated action by **March 25, 2022**.

      6.     The Order Setting Scheduling Conference in *Freeman* for April 22, 2022 (Dkt. No. 82) is **vacated**.

**IT IS SO ORDERED.**

Dated: March 14, 2022

Hon. André Birotte Jr.
United States District Judge