1  Mike Arias (CSB #115385)
2  Craig S. Momita (CSB #163347)
   M. Anthony Jenkins (CSB #171958)
3  **ARIAS SANGUINETTI WANG & TEAM LLP**
4  6701 Center Drive West, Suite 1400
   Los Angeles, CA 90045
5  Telephone: (310) 844-9696
6  Facsimile: (310) 861-0168
   mike@aswtlawyers.com
7  craig@aswtlawyers.com
8  anthony@aswtlawyers.com

9  [*Additional Counsel Cont'd. After Caption*]

10                     **UNITED STATES DISTRICT COURT**

11                     **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  GLENN KESSELMAN, an individual, on behalf of himself and all others similarly situated, *et al.*, | Case No. 2:21-cv-06010-TJH-JC |
| 14 | HON. TERRY J. HATTER JR. |
| 15 | |
| 16                       Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| 17           vs. | |
| 18  TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation | |
| 19 | Judge: Hon. Terry J. Hatter, Jr. |
| 20                       Defendant. | Place: Courtroom #9C  Hearing Date: March 3, 2025 |
| 21 | Hearing Time: UNDER SUBMISSION |

22
23
24
25
26
27
28

1 | Thomas P. Rosenfeld, *admitted pro hac vice*
2 | Kevin P. Green, *admitted pro hac vice*
  | Daniel S. Levy, *admitted pro hac vice*
3 | **GOLDENBERG HELLER & ANTOGNOLI, P.C.**
4 | 2227 South State Route 157
  | Edwardsville, IL 62025
5 | Telephone: (618) 656-5150
6 | tom@ghalaw.com
  | kevin@ghalaw.com
7 | daniel@ghalaw.com
8 | Attorneys for Plaintiffs

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 3, 2025, in the Courtroom of the Honorable Terry J. Hatter, United States District Judge for the Central District of California, Courtroom #9C, 350 W. 1st Street, Los Angeles California 90012, Plaintiffs Glenn Kesselman, Kirk Coviello, Karen Ambrose, Paul Arellano, Craig Granger, David Douglas, Josh Downs, Juan Giraldo, Matthew Shaffer, Wayne Slates, Mitchell Trockman and Jamie Brown will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order granting the relief in the Proposed Preliminary Approval Order filed herewith (Dkt. 145-6), including:

A. Granting preliminary approval of the proposed Class Action Settlement Agreement ("Settlement") entered into between the parties, attached as Exhibit 1 to the Joint Declaration in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Dkt. 145-3;

B. Provisionally certifying the Settlement Class defined in the Settlement pursuant to Fed. R. Civ. P. 23(a) and 23(b)(2);

C. Appointing Plaintiffs Glenn Kesselman, Kirk Coviello, Karen Ambrose, Paul Arellano, Craig Granger, David Douglas, Josh Downs, Juan Giraldo, Matthew Shaffer, Wayne Slates, Mitchell Trockman and Jamie Brown as Class Representatives;

D. Appointing Mike Arias, Craig S. Momita and M. Anthony Jenkins of Arias Sanguinetti Wang & Team LLP, and Kevin P. Green, Thomas P. Rosenfeld, and Daniel S. Levy of Goldenberg Heller & Antognoli, P.C., as Class Counsel;

E. Approving the proposed form and manner of notice and the Settlement Outreach Administrator;

F. Authorizing Toyota to take all necessary and appropriate steps to establish the means necessary to implement the Settlement Agreement,

1

      including, but not limited to, obtaining, through the Settlement Outreach Administrator, such vehicle registration information through S&P Global Automotive, from the applicable Departments of Motor Vehicles or equivalents;

G. Issuing a preliminary injunction pending resolution of the motion for final approval of the class action settlement;

H. Scheduling a Final Approval Hearing and certain other dates in connection with the final approval of the Settlement as set forth in the Settlement Agreement, and

I. Issuing any related orders in order to effectuate preliminary approval of the Settlement.

     This motion, unopposed by Defendant Toyota Motor Sales, U.S.A., Inc., is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Settlement, including all exhibits thereto, the accompanying Joint Declaration of Class Counsel, including all exhibits thereto, the pleadings and papers on file in this Action, and any other such evidence and argument as the Court may consider.

     Furthermore, while this motion is required by Federal Rule of Civil Procedure 23, the motion is made following the conference of counsel pursuant to L.R. 7-3 which commenced on January 22, 2024, and continued through January 31, 2024. Additionally, the parties have conferred and consent to waive oral argument on this motion should the Court determine appropriate pursuant to L.R. 7-15.

//

//

//

//

//

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

| | |
|---|---|
| Dated: January 31, 2025 | Respectfully submitted, |
| | |
| | GOLDENBERG HELLER & ANTOGNOLI, P.C. |
| | |
| | By: /s/ *Kevin P. Green* |
| |     Thomas P. Rosenfeld |
| |     Kevin P. Green |
| |     Daniel S. Levy |
| | |
| | ARIAS SANGUINETTI WANG & TEAM LLP |
| | |
| |     Mike Arias |
| |     Craig S. Momita |
| |     M. Anthony Jenkins |
| | |
| | *Attorneys for Plaintiffs* |