Ivan McMillen

4397 Beach Ridge Rd

North Tonawanda, NY 14120

ivanmcm@gmail.com

716-625-9761



United States District Court

Central District of California

First Street Courthouse

350 W 1st Street, Courtroom #gC, 9th Floor (or as assigned)

Los Angeles, California 90012

Dear District Court Judge and Clerk of Court

I am writing concerning case "*Kesselman v. Toyota Motor Sales, U.S.A., Inc., et al.*" and number of the Action "No. 2:21-cv-06010-TJH-JC;X

I am a class member of this case due to purchasing a 2019 Toyota Tacoma, vin 5TFRZ5CN1KX83059 in Bellview, Ohio on 2/11/2021.

I object to this settlement because it mainly is a benefit to attorneys and not the owners of the affected vehicles. According to the Court-Approved Legal Class Settlement Notice I received in the mail the attorneys are asking for $2,850,000.00 for attorney fees and up to $300,000.00 in costs and expenses, while the vehicle owners would get $95,000.00 divided among them. This seems very lopsided in favor of the attorneys and if the settlement is approved who will ultimately pay for the settlement cost? The settlement costs will then be paid by consumers in increased costs for new Toyota vehicles. Therefore, I think the case should be dropped and no settlement awarded.

In addition, the case seems frivolous because the alleged problem can be dealt with by using the Volume Adjustment Protocol listed on the Court-Approved Legal Class Settlement Notice.

I have never objected to a class action settlement in the past. I have not previously objected to this case.

I will not be calling any persons to testify and do not plan to appear in person to testify.

Respectfully,

*[signature: Ivan McMillen]*

Ivan McMillen

Ivan Mcmillen
4397 Beach Ridge Rd
North Tonawanda, NY 14120-9576

RECEIVED
CLERK U.S. DISTRICT COURT
DEC - 1 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

United States District Court
Central District of California
First Street Courthouse
350 W 1st Street Courtroom #9C, 9th Floor
Los Angeles, California 90012
(or other as assigned)

BUFFALO NY 140
24 NOV 2025 AM 2 L
1773



Ivan Mcmillen
4397 Beach Ridge Rd
North Tonawanda, NY 14120-9576

RECEIVED
CLERK U.S. DISTRICT COURT
DEC - 1 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: CN

BUFFALO NY 140
24 NOV 2025 PM 2 L
1775

United States District Court
Central District of California
First Street Courthouse
350 W 1st Street Courtroom # 9 C, 9th Floor
Los Angeles, California 90012
(or other as assigned)