Mike Arias (CSB #115385)
Craig S. Momita (CSB #163347)
M. Anthony Jenkins (CSB #171958)
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168
mike@aswtlawyers.com
craig@aswtlawyers.com
anthony@aswtlawyers.com

[*Additional Counsel Cont'd. After Caption*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN KESSELMAN, an individual, on behalf of himself and all others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation<br><br>Defendant. | Case No. 2:21-cv-06010-TJH-JC<br><br>HON. TERRY J. HATTER JR.<br><br>**ORDER GRANTING PLAINTIFFS' AMENDED APPLICATION FOR *IN CAMERA* REVIEW** |

**ORDER**

| | |
|---|---|
| 1 | Thomas P. Rosenfeld, *admitted pro hac vice* |
| 2 | Kevin P. Green, *admitted pro hac vice* |
|   | Daniel S. Levy, *admitted pro hac vice* |
| 3 | **GOLDENBERG HELLER & ANTOGNOLI, P.C.** |
| 4 | 2227 South State Route 157 |
|   | Edwardsville, IL 62025 |
| 5 | Telephone: (618) 656-5150 |
| 6 | tom@ghalaw.com |
|   | kevin@ghalaw.com |
| 7 | daniel@ghalaw.com |
| 8 | Attorneys for Plaintiffs |

THIS MATTER having come before the Court by Plaintiffs' Amended Application for *In Camera* Review of Class Counsel's time and expense records. The Court, having considered the papers filed in support of the motion and any opposition and reply thereto; and for the reasons stated on the record; and finding good cause shown, the Court HEREBY GRANTS Plaintiffs' Application for *In Camera* Review and finds that submission of the identified documents shall not operate as a waiver of privilege or work product protections. The in camera documents shall be delivered to the Clerk's Office on or before January 15, 2026.

**IT IS SO ORDERED**:

Date: January 7, 2026

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE