

Emma Petersen
5069 Copen Dr
Colorado Springs, CO 80922
petersenek@yahoo.com
719-510-7755

RE: Kesselman v. Toyota Motor Sales, U.S.A., Inc., et al." Action No. 2:21-cv-06010-TJH-JC; Objection to Class Action Settlement

To Whom it May Concern,

I purchased, and currently own, a 2017 Toyota 4Runner, on November 5th, 2023 in El Paso County, Colorado. The VIN is JTEBU5JR2H5426015.

I have never objected to a class action prior to this submission. The reason I am speaking up now is due to the nature of this lawsuit. Toyota provided an item of convenience in their hands-free option offered in the vehicles they manufactured. In a Free Enterprise nation such as is our Republic, no company can or should be required by a court of law to provide an amenity that is completely free of defects. If the nature of the concern was one of safety, ie, the brakes fail or air bags are defective, there would be grounds for legal action. An item of convenience should not be seen as an entitlement, but as a luxury. If we bring this back to choice, the public has the right to choose to purchase or not to purchase any product, good or service. No individual is being forced to purchase these vehicles, and if an individual desires a different service than is offered in a vehicle, they have the freedom to purchase a different option.

Per the settlement website, I am to provide a list of persons who will testify at the hearing, but I do not have access to that information to my knowledge. I do not intend on appearing for the hearing, I merely wanted to voice my concerns with the precedent that this class action suit seems to be setting for our nation.

Thank you for your time.

Sincerely,

Emma Petersen



Petersen
5069 Copen Dr
Colorado Springs, CO 80922

United States District Court
Central District of California
First Street Courthouse
350 W 1st Street, Courtroom #9C
9th floor (or as assigned)
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 5 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DENVER CO 802
31 DEC 2025 PM 8 L