December 21, 2025

RE:
Kesselman v. Toyota Motor Sales, U.S.A., Inc., et al.
Action No. 2:21-cv-06010-TJH-JC

FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2026
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

From: James T. Miller
Residence: 243 W. 5th St., Salida, CO 81201
Mailing Address: 6300 E. Hampden Ave. Unit C364, Denver, CO 80222
(303) 884-7555   jtm.colo@gmail.com

I am a member of the Class in this Action per your notification via US Mail. I purchased a 2015 Toyota Tundra Limited in Colorado around June, 2018. VIN: 5TFHW5F16FX422580.

My objection applies only to myself. I have never objected to any other class action settlement. I do not intend to appear or testify at the Fairness Hearing or have others appear on my behalf.

The essence of my objection is that this Class Action is nothing more than a nuisance lawsuit that has been allowed to progress far more than the defect warrants. There has been no indication of personal injury stemming from the "defect" in the hands-free phone system. At most the echo is a harmless inconvenience with clear and simple remedies as outlined in the Volume Adjustment Protocol. The entire venture reeks of a "get rich" scheme for attorneys especially since the Settlement includes: up to $2,850,000 in attorneys' fees; up to $300,000.00 for their costs and expenses in litigating this case and securing this nationwide Settlement for the Class; and service awards totaling no more than $95,000.00 to Settlement Class Representatives.

The lawyers get rich while members of the Class who invested in their vehicles get a web site? Seriously? This entire matter should have been thrown out of the courts at the outset.

Thank you for considering my objections.

_James T. Miller_ (signature)    12/31/25
James T. Miller                   Date



Mr. James T. Miller
6300 E Hampden Ave Unit C
Denver, CO 80222

DENVER CO 802
3 JAN 2026 PM 5 L

Kesselman v. Toyota

Clerk of Court
US District Court
First St. Courthouse
350 W. 1st St. Courtroom
#9C
Los Angeles, CA 90012