Mike Arias (CSB #115385)
Craig S. Momita (CSB #163347)
M. Anthony Jenkins (CSB #171958)
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168
mike@aswtlawyers.com
craig@aswtlawyers.com
anthony@aswtlawyers.com

[*Additional Counsel Cont'd. After Caption*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GLENN KESSELMAN, an individual, on behalf of himself and all others similarly situated, *et al.*,

Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation

Defendant.

Case No. 2:21-cv-06010-TJH-JC

HON. TERRY J. HATTER JR.

**PLAINTIFFS' NOTICE OF LODGING DOCUMENTS FOR *IN CAMERA* REVIEW (Pursuant to Court's January 7, 2026 Order [Dkt. # 172])**

Thomas P. Rosenfeld, *admitted pro hac vice*
Kevin P. Green, *admitted pro hac vice*
Daniel S. Levy, *admitted pro hac vice*
**GOLDENBERG HELLER & ANTOGNOLI, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
Telephone: (618) 656-5150
tom@ghalaw.com
kevin@ghalaw.com
daniel@ghalaw.com

Attorneys for Plaintiffs

2

Pursuant to the Court's January 7, 2026 Order (Dkt. # 172), Plaintiffs are delivering for *in camera* review the following items via courier today to the Honorable Terry J. Hatter, Jr. in Courtroom 9C, 9th Floor:

- One manilla envelope marked HIGHLY CONFIDENTIAL, PREPARED FOR *IN CAMERA REVIEW,* DOES NOT WAIVE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PROTECTION containing:
  - Joint Declaration Regarding Documents for *In Camera* Review;
    - Exhibit 1 - Class Counsel's time records;
    - Exhibit 2 – Class Counsel's invoices and expense records.

Dated: January 14, 2026                Respectfully submitted,

ARIAS SANGUINETTI WANG
& TEAM LLP

By: */s/ M. Anthony Jenkins*
       Mike Arias
       Craig S. Momita
       M. Anthony Jenkins

GOLDENBERG HELLER
& ANTOGNOLI, P.C.
       Thomas P. Rosenfeld
       Kevin P. Green
       Daniel S. Levy

*Attorneys for Plaintiffs*

1