January 14, 2026



United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom #9C, 9th Floor (or as assigned)
Los Angeles, CA 90012

RE: Kesselman v. Toyota Motor Sales, U.S.A., Inc. et. Al. / No. 2.21-cv-06010-TJH-JC – OBJECTION TO PROPOSED SETTLEMENT

Dear Clerk of the Court:

I am writing to formally object to the proposed class action settlement in the above-referenced case. I received notice stating I am a class member because I own a 2019 Toyota 4-Runner that contains an alleged defective hands-free phone system. I purchased a 2019 Toyota 4-Runner on June 10, 2025, from Reliable Toyota Service, an authorized Toyota dealer in Springfield, Missouri (3521 E Sunshine St.). At the time of purchase, I specifically asked the salesman, who confirmed with his manager, whether all recalls, known defects, and issues with the vehicle had been addressed by the dealership before placing the vehicle up for sale. I was informed that they had addressed all issues except for a leak in the suspension system, but that was the only issue that kept this vehicle from being Certified. The dealer did not disclose any known issues with the Bluetooth or hands-free calling system.

While I tested the radio audio quality before purchasing the vehicle, I did not independently test the hands-free Bluetooth calling feature. I reasonably relied on Toyota's representations and the expectation that a standard hands-free safety feature would function as intended. Since the date of purchase, I have never been able to use the hands-free Bluetooth calling capability, as calls are consistently distorted and difficult or impossible to hear.

I have followed Toyota's troubleshooting instructions multiple times, including a factory reset and following the instructions again to adjust the system. These steps have not resolved the issue and, at best, make calls only marginally audible. As a result, the hands-free feature is not usable and no longer serves its intended safety purpose.

This defect substantially diminishes both the safety and value of the vehicle and renders a standard feature inoperable. The ongoing issue has effectively outdated the vehicle beyond the value represented at the time of purchase. I am very dissatisfied that this issue was not disclosed and has not been corrected.

Because this defect has existed since purchase and cannot be resolved through software updates or troubleshooting, Toyota should be responsible for replacing the radio/head unit at no cost to affected owners so that the hands-free Bluetooth functionality operates as originally represented.

Further, Toyota should be required to replace the radio/head unit for all consumers who purchased a Toyota vehicle covered by this class action lawsuit from an authorized Toyota dealer on or after April 2021, when the lawsuit was filed, as Toyota had written notice of the defect at that time and continued to sell affected vehicles without disclosure.

I ask the Court and Counsel to forgive any informalities in this letter, but to consider this my official objection to the settlement, as this is my first ever objection to any class action settlement. I am willing to testify electronically but cannot take time off to attend the court hearings. I am willing to be deposed. I appreciate the court's understanding.

Sincerely,

*[signature]*

Jennifer A. Allen, Class Member  1/14/2026
2019 Toyota 4-Runner Limited owner as of June 10, 2025
VIN: JTEBU5JR6K5658799
874 McLean Rd., Ozark, MO 65721
870-630-7198 / Jacse007@gmail.com

Cc:

Mickel M. Arias
Arias Sanguinetti Wang and Team LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
toyotasettlement@aswtlawyers.com

Kevin P. Green
Goldenberg Heller & Antognoli, PC
2227 South State Route 157
Edwardsville, IL 62025
toyotasettlement@ghalaw.com

John P. Hooper
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
jhooper@kslaw.com

