19127 NE 65th Way
Redmond, WA 98052
425 922 8031
stanweise@hotmail.com
1/13/2026



**TO - Clerk of Court**

United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom #9C, 9th Floor
Los Angeles, CA 90012

**Re:** Objection to Settlement in Kesselman v. Toyota Motor Sales, U.S.A., Inc., et al., Case No. 2:21-cv-06010-TJH-JC

To the Court, Class Counsel, and Toyota's Counsel:

I am writing to object to the proposed settlement in the above-referenced case.

**1. Case Information:**

- Case Name: Kesselman v. Toyota Motor Sales, U.S.A., Inc., et al.
- Case Number: 2:21-cv-06010-TJH-JC

**2. My Information:**

- Full Name: Stanley Weise
- Current Residential Address: 19127 NE 65th Way, Redmond WA. 98052
- Telephone Number: 425 922 8031
- Email Address: stanweise@hotmail.com

**3. Basis for Class Membership:**

I am a member of the class because I purchased a 2015 Toyota Highlander VIN 5TDDKRFH0FS146661 vehicle in Washington State on 4/8/2015.

## 4. Scope of Objection:

This objection applies to me and a subset of the class - vehicles with high count of drivers.

## 5. Grounds for Objection:

I object to the settlement because:

- The settlement provides only injunctive relief and does not compensate class members for actual damages suffered as a result of the defect.
- The outreach program does not adequately address the loss in value or inconvenience caused by the defect.
- The settlement treats all class members the same, regardless of the extent of harm suffered.
- In vehicles where multiple drivers are regularly using the vehicle the proposed volume adjustment protocol clearly states that a phone update may undo the protocol work-around and necessitate a repeat of the procedure.

> .... *These volume settings will remain in place for future hands-free phone calls but may be undone if your phone is paired to a new head unit, **a phone update occurs...***
>
> **Source** Toyota Bluetooth Echo Class Action Settlement - Home

My vehicle regularly is driven by up to 5 drivers, all in possession of Apple iPhones.

As shown in the table below there have been **84** version and minor updates, some or all of which would have necessitated the repeat protocol. Multipled by the number of drivers involved might have lead to 420 instances of the process. Given the process requires making/receiving a call, prior to driving, with some time involved in finding an acceptable volume level it can clearly be seen as a significant time investment and far below the threshold for a viable/acceptable alternative. This proposal is I would venture unworkable, and certainly unfair.

While every minor update may not have triggered a repeat, it would not be possible to know without testing.

It may not even be possible to know if an update had taken place if auto-update is enabled on the phone leading potentially to frustrating/dangerous situations if an incoming call was received where the echo had returned and made the call impossible to receive.

**Table of iOS Major Versions and Minor Updates (2015–2025)**

| Major Version | Release Date | Last Minor Version | Number of Minor Updates |
|---|---|---|---|
| iOS 9 | Sep 16, 2015 | 9.3.6 | 7 |
| iOS 10 | Sep 13, 2016 | 10.3.4 | 5 |
| iOS 11 | Sep 19, 2017 | 11.4.1 | 5 |
| iOS 12 | Sep 17, 2018 | 12.5.7 | 8 |
| iOS 13 | Sep 19, 2019 | 13.7 | 8 |
| iOS 14 | Sep 16, 2020 | 14.8.1 | 9 |
| iOS 15 | Sep 20, 2021 | 15.8.2 | 10 |
| iOS 16 | Sep 12, 2022 | 16.7.12 | 13 |
| iOS 17 | Sep 18, 2023 | 17.7.2 | 9 |
| iOS 18 | Sep 16, 2024 | 18.7.3 (as of Jan 2026) | 7+ (ongoing) |
| iOS 26 | Sep 15, 2025 | 26.3 beta (as of Jan 2026) | 3+ (ongoing) |

**Sources**

- https://support.apple.com/en-us/HT201222
- https://en.wikipedia.org/wiki/IOS_version_history

- endoflife.date iOS
- Macworld iOS Versions List

## 6. Prior Objections:

I have not objected to a class action settlement before.

## 8. Counsel Information:

I am not represented by an attorney.

## 9. Intent to Appear:

I would like to request that I may appear at the Fairness Hearing, in person.

## 10. Witnesses:

I do not intend to call any witnesses.

## 11. Signature:

*[signature]*

STANLEY WEISE

Dated 1/23/2026

## Attachments:

None

