Mike Arias (CSB #115385)
Craig S. Momita (CSB #163347)
M. Anthony Jenkins (CSB #171958)
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168
mike@aswtlawyers.com
craig@aswtlawyers.com
anthony@aswtlawyers.com

[*Additional Counsel Cont'd. After Caption*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN KESSELMAN, an individual, on behalf of himself and all others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation<br><br>Defendant. | Case No. 2:21-cv-06010-TJH-JC<br><br>HON. TERRY J. HATTER JR.<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Place: Courtroom #9C<br>Hearing Date: March 2, 2026<br>Hearing Time: 10:00 a.m. |

1  Thomas P. Rosenfeld, *admitted pro hac vice*
2  Kevin P. Green, *admitted pro hac vice*
   Daniel S. Levy, *admitted pro hac vice*
3  **GOLDENBERG HELLER & ANTOGNOLI, P.C.**
4  2227 South State Route 157
   Edwardsville, IL 62025
5  Telephone: (618) 656-5150
6  tom@ghalaw.com
   kevin@ghalaw.com
7  daniel@ghalaw.com
8  Attorneys for Plaintiffs

**TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 2, 2026, in the Courtroom of the Honorable Terry J. Hatter, United States District Judge for the Central District of California, Courtroom #9C, 350 W. 1st Street, Los Angeles California 90012, Plaintiffs will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order granting the relief in the Proposed Final Approval Order filed herewith (Dkt. 184-3), including:

A. Granting final approval of the Class Action Settlement Agreement ("Settlement") entered into between the parties (Dkt. 145-3); and

B. Confirming certification of the Settlement Class defined in the Settlement pursuant to Fed. R. Civ. P. 23(a) and 23(b)(2) and approving the named plaintiffs and Class Counsel as identified in the Settlement as Class Representatives and Class Counsel for the Settlement Class.

This motion, unopposed by Defendant Toyota Motor Sales, U.S.A., Inc., is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Joint Declaration of Class Counsel, the Settlement, including all exhibits thereto (Dkt. 145-3), the Declaration of Christian Tregillis, CPA (Dkt. 170-8), the pleadings and papers on file in this Action, and any other such evidence and argument as the Court may consider.

Local Rule 7-3 does not apply to this Motion because, although the parties agreed to the Settlement, Rule 23 requires the Court to independently review the Setttlement to determine whether it is fair, reasonable, and adequate. Nonetheless, this motion is made following the conferences of counsel regarding the Settlement Agreement, as well as additional conferences between Class Counsel, Mr. Green, and Defendant's counsel, Ms. Shook, via email on January 15, 26, 28, 29, 30, and 31, 2026 and February 2, 2026.

| | | |
|---|---|---|
| 1 | Dated: February 2, 2026 | Respectfully submitted, |
| 2 | | |
| 3 | | ARIAS SANGUINETTI WANG & TEAM LLP |
| 4 | | |
| 5 | | By: */s/ Mike Arias* |
| | | Mike Arias |
| 6 | | Craig S. Momita |
| | | M. Anthony Jenkins |
| 7 | | |
| 8 | | GOLDENBERG HELLER & ANTOGNOLI, P.C. |
| 9 | | Thomas P. Rosenfeld |
| | | Kevin P. Green |
| 10 | | Daniel S. Levy |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs* |