UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-06010-TJH-AYP | Date | March 23, 2026 |
| Title | Glenn Kesselman v. Toyota Motor Sales, U.S.A., Inc. et al | | |

Present: The Honorable **TERRY J. HATTER, JR.**
UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael A. Jenkins | John P. Hooper |
| Kevin P. Green | Alexander G. Calfo |
| | Jessica K. Shook |

**Proceedings:** **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [184]; PLAINTIFFS' AMENDED MOTION FOR ATTORNEY'S FEES, EXPENSES, AND SERVICE AWARD [170]**

The hearing is held. The Court grants Plaintiffs' Motion for Final Approval of Class Action Settlement [184] and Amended Motion for Attorney's Fees, Expenses, and Service Award [170].

| | 00 | : | 07 |
|---|---|---|---|
| Initials of Preparer | VRV | | |