JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GLENN KESSELMAN, *et al.*, *individually and on behalf of similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-06010-TJH-AYP<br>Hon. Terry J. Hatter, Jr.<br><br><br>**FINAL JUDGMENT** |

– 1 –

IT IS on this 24th day of March 2026, **HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23 and 58 AS FOLLOWS**:

(1)    On this date, the Court entered a Final Order Approving Class Action Settlement (Dkt. No. 194);

(2)    For the reasons stated in the Court's Final Order Approving Class Action Settlement, judgment is entered in accordance with the Final Order Approving Class Action Settlement and this Action is dismissed with prejudice; and

(3)    A copy of this Final Judgment shall be filed in, and applies to, this Action.

SO ORDERED this 24th day of March 2026.

Honorable Terry J. Hatter, Jr.
United States District Judge

-2-
FINAL JUDGMENT